# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00188 |
| | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 1/29/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| RYAN SAMSEL | ) |
| DOB: ▮ | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 6, 2021** in the county of _____ in the
_____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111; | Forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal agent while they are engaged in their official duties; |
| 18 U.S.C. 231(a)(3); | Committed or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties; |
| 18 U.S.C. § 1512(c)(2) | Obstructed, influenced, or impeded any official proceeding, or attempt to do so |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
Complainant's signature

Stewart Curcio, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 29th day of January 2021.

Date: 01/29/2021                                          2021.01.29 18:50:07 -05'00'

_____
Judge's signature

City and state: Washington, D.C.                     U.S. Magistrate Judge Zia Faruqui
*Printed name and title*