**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 21-MJ-00188 (ZMF)** |
| **v.** | ) | |
| | ) | |
| **RYAN SAMSEL** | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EMERGENCY STATUS CONFERNCE**

Defendant, Ryan Samsel, by and through his attorney, requests this Court to set an emergency status hearing regarding Samsel's health and conditions, where he is currently detained.

Furthermore, Mr. Samsel is very concerned about the care he will receive after his medical procedures.

Wherefore, we respectfully request this Court to schedule an emergency status conference at the earliest possible time available.  We have spoken to the Government, and they have no objection to the request for a status conference.

Date: July 29, 2021                    Respectfully submitted,

/s/ John Pierce
John M. Pierce
Bar Number # 250443
PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725

*Counsel for Defendant Ryan Samsel*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this 29th day of July, 2021, I caused a copy of

the foregoing document to be served on all counsel through the Court's CM/ECF case filing

system.

_____/s/_____
John M. Pierce