IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-mj-00188-ZMF |
| v. ) | |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Ryan Samsel's Motion for Substitution of Counsel in the above-captioned matter, it is, this ___ day of August, 2021, hereby:

**ORDERED** that Defendant Ryan Samsel's Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court should note the withdrawal of John M. Pierce as counsel for Defendant Ryan Samsel and note the appearance of Stanley E. Woodward, Jr. for Defendant Ryan Samsel.

**SO ORDERED.**

Dated: _____                   _____
                                                                                        The Honorable Zia M. Faruqi
                                                                                        United States District Court Judge