IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) Criminal No. 1:21-mj-00188-ZMF |
| v. | )<br>) |
| **RYAN SAMSELL,** | )<br>) |
| **Defendant.** | )<br>) |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT will kindly note the Entry of Appearance of Julia Z. Haller, of the Law Offices of Julia Haller, as co-counsel for Defendant, Ryan Samsell, with Stanley Woodward who will remain counsel in the above-captioned case. I certify that I am admitted to practice before this Court.

RYAN SAMSELL

Respectfully Submitted,

_/s/_
Julia Z. Haller, DC #466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
Email: HallerJulia@outlook.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this Entry of Appearance was served on this 12th day of August 2021, via Electronic Case Filing notification to all counsel, including upon the Assistant United States Attorneys, April N. Russo and Danielle Rosborough, United States Attorney's Office, 555 4th St., NW, Washington, DC 20530:

/s/
Julia Z. Haller