IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 1:21-cr-00537-TJK |
| v.  ) | |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Ryan Samsel's Emergency Motion for Medical Treatment and Records in the above-captioned matter, it is, this ___ day of September, 2021, hereby:

**ORDERED** that Defendant Ryan Samsel's Motion is **GRANTED**; and it is further

**ORDERED** that the Central Virginia Reginal Jail and the U.S. Marshal's Service shall provide all of Mr. Samsel's medical records in the possession, custody, or control, to counsel for Mr. Samsel within forty-eight (48) hours; and it is further

**ORDERED** that any medical treatment recommended in the aforementioned records will be provided promptly.

**SO ORDERED.**

_____
The Honorable Timothy J. Kelly
United States District Court Judge