## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. RYAN SAMSEL, *Defendant*. | Criminal Action No. 21-537 (TJK) |

### ORDER

Upon consideration of Defendant Ryan Samsel's Unopposed Motion for Temporary Release in the above-captioned matter, ECF No. 63, it is hereby **ORDERED** that Defendant's Unopposed Motion, ECF No. 63, is **GRANTED**. It is further **ORDERED**, pursuant to 18 U.S.C. § 3142(i), that Defendant shall be released temporarily from the custody of the Attorney General to the custody of the Commonwealth of Pennsylvania for the limited purpose of being incarcerated on the detainer warrant lodged against him in that jurisdiction. The Court finds that the Commonwealth of Pennsylvania is "an appropriate person" in this instance and that Defendant's temporary release is warranted "for [a] compelling reason." Specifically, on the entire record here, there is reason to believe that Defendant requires medical treatment that may be more readily available at the Pennsylvania facility. Thus, with the Government's consent, the Court finds that his temporary release from federal custody to the custody of the Commonwealth of Pennsylvania is appropriate. The Court will concomitantly issue a federal warrant to be lodged as a detainer against Defendant, which will ensure that Defendant is returned to the custody of the Attorney General prior to his

release by Pennsylvania upon the completion of his time of incarceration there.


**SO ORDERED.**

                                              /s/ Timothy J. Kelly
                                              TIMOTHY J. KELLY
                                              United States District Judge


Date:  November 29, 2021