UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-537 (TJK) |
| : | |
| RYAN SAMSEL, and : | |
| JAMES TATE GRANT, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Assistant United States Attorney Hava Mirell is entering her appearance as counsel for the United States in the above-captioned matter.

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Hava Mirell*
        HAVA ARIN LEVENSON MIRELL
        CA Bar No. 311098
        Assistant United States Attorney
        Detailee
        312 N. Spring St., Suite 1100
        Los Angeles, CA 90012
        (213) 894-0717
        hava.mirell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

By:     /s/ Hava Mirell
             Hava Mirell
             Assistant United States Attorney