UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-537-JMC |
| **RYAN SAMSEL et al.,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorneys, April Nicole Russo and Danielle Sara Rosborough, as counsel for the United States, are terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                Respectfully Submitted,

                MATTHEW GRAVES
                UNITED STATES ATTORNEY D.C.
                D.C. Bar No. 481052

BY:    */s// April N. Russo*
         APRIL N. RUSSO
         P.A. Bar. No. 313475
         Assistant United States Attorney
         555 4th Street, N.W., Rm 4110
         Washington, D.C. 20530
         202-803-1643
         april.russo@usdoj.gov