UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RYAN SAMSEL, <br><br> Defendant. | Case No. 21-cr-537-JMC-1 |

**ORDER**

For the convenience of the Court, it is hereby **ORDERED** that the United States Marshals Service shall forthwith transfer Defendant Ryan Samsel from the Philadelphia FDC facility to the USP Lewisburg facility.

**SO ORDERED**.

DATE: March 4, 2022

_____
Jia M. Cobb
U.S. District Court Judge