

## Bucks County Court of Common Pleas
### Court Summary

**Samsel, Ryan**  
Aliases:  
Ryan Samsel  
Ryan Stephen Riffert  
Ryan Steven Samsel

DOB: ███ 1983

Sex: Male  
Eyes: Hazel  
Hair: Blond or Strawberry  
Race: White

### Closed
#### Bucks

**CP-09-CR-0006784-2003**   Proc Status: Migrated Final Disposition   DC No:   OTN: H 701979-5  
Arrest Dt: 10/04/2003   Disp Date: 02/02/2004   Disp Judge: Migrated, Judge

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 908 §§ A | | Make Repairs/Sell/Etc Offens Weap | Guilty Plea |
| 2 | 18 § 5503 §§ A4 | | Disorder Conduct Hazardous/Physi Off | Guilty Plea |

**CP-09-CR-0004686-2006**   Proc Status: Sentenced/Penalty Imposed   DC No:   OTN: K 309414-0  
Arrest Dt:   Disp Date: 08/02/2006   Disp Judge: Cepparulo, Albert J.

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 1 | 18 § 2706 §§ A1 | M1 | Terroristic Threats W/ Int To Terrorize Another | Guilty Plea |
| | 08/02/2006 | Probation | 2 Years | Min: 2 Year(s) Max: 2 Year(s) | |
| 2 | 18 § 2705 | M2 | Recklessly Endangering Another Person | Guilty Plea |
| | 08/02/2006 | No Further Penalty | | | |
| 3 | 18 § 5503 §§ A4 | S | Disorder Conduct Hazardous/Physi Off | Guilty Plea |
| | 08/02/2006 | No Further Penalty | | | |

**CP-09-CR-0005852-2006**   Proc Status: Sentenced/Penalty Imposed   DC No:   OTN: L 303380-0  
Arrest Dt: 07/25/2006   Disp Date: 02/28/2007   Disp Judge: Biehn, Kenneth G.  
Def Atty: Williams, Keith J. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 1 | 35 § 780-113 §§ A31 | M | Poss Of Marijuana | Guilty Plea |
| | 02/28/2007 | No Further Penalty | | | |
| 2 | 35 § 780-113 §§ A32 | M | Use/Poss Of Drug Paraph | Guilty Plea |
| | 02/28/2007 | Probation | 1 Year | Min: 1 Year(s) Max: 1 Year(s) | |

**CP-09-CR-0000703-2007**   Proc Status: Sentenced/Penalty Imposed   DC No:   OTN: K 288412-5  
Arrest Dt: 11/17/2006   Disp Date: 02/28/2007   Disp Judge: Biehn, Kenneth G.  
Def Atty: Williams, Keith J. - (CA)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|

---

CPCMS 3541                                   1                                   Printed: 4/11/2022  7:58 PM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank,  his only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# Bucks County Court of Common Pleas
## Court Summary

**Samsel, Ryan** (Continued)
  **Closed** (Continued)
    **Bucks** (Continued)

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length |
| 1 | 18 § 3503 §§ B1III | | M3 | Def Tres Fenced/Enclosed | Guilty Plea |
| | 02/28/2007 | Confinement | Other | | Min: 1 Month(s) Max: 18 Month(s) |
| 2 | 18 § 5503 §§ A4* | | M3 | Disorder Conduct Hazardous/Physi Off | Guilty Plea |
| | 02/28/2007 | Confinement | Other | | Min: 1 Month(s) Max: 18 Month(s) |
| 3 | 18 § 3921 §§ A | | M1 | Theft By Unlaw Taking-Movable Prop | Guilty Plea |
| | 02/28/2007 | Confinement | Other | | Min: 1 Month(s) Max: 18 Month(s) |
| 4 | 18 § 3925 §§ A | | M1 | Receiving Stolen Property | Guilty Plea |
| | 02/28/2007 | Confinement | Other | | Min: 1 Month(s) Max: 18 Month(s) |

**CP-09-CR-0004672-2007**  Proc Status: Sentenced/Penalty Imposed   DC No:   OTN:K 457121-0
Arrest Dt:    Disp Date: 11/15/2007   Disp Judge: Cepparulo, Albert J.
Def Atty: Abaza, Sharif Nabil - (PR)

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length |
| 1 | 18 § 2701 §§ A1 | | M2 | Simple Assault | Guilty Plea |
| | 11/15/2007 | Probation | 2 Years | | Min: 2 Year(s) Max: 2 Year(s) |
| | 07/05/2011 | Confinement | Other | | Min: 1 Year(s) Max: 2 Year(s) |
| 2 | 18 § 5503 §§ A1* | | M3 | Disorderly Conduct Engage in Fighting | Guilty Plea |
| | 11/15/2007 | No Further Penalty | | | |
| | 07/05/2011 | No Further Penalty | | | |

**CP-09-CR-0003057-2009**  Proc Status: Sentenced/Penalty Imposed   DC No:   OTN:K 823628-1
Arrest Dt: 02/26/2009   Disp Date: 07/27/2009   Disp Judge: Finley, Jeffrey L.

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length |
| 1 | 18 § 2701 §§ A1 | | M2 | Simple Assault | Guilty Plea |
| | 07/27/2009 | Probation | 24 Months | | Min: 24 Month(s) Max: 24 Month(s) |
| | 07/05/2011 | Confinement | Other | | Min: 1 Year(s) Max: 2 Year(s) |
| 2 | 18 § 2705 | | M2 | Recklessly Endangering Another Person | Guilty Plea |
| | 07/27/2009 | No Further Penalty | | | |
| | 07/05/2011 | No Further Penalty | | | |

**CP-09-CR-0005064-2010**  Proc Status: Sentenced/Penalty Imposed   DC No:   OTN:S 003196-4
Arrest Dt: 07/05/2010   Disp Date: 03/28/2011   Disp Judge: Cepparulo, Albert J.

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, his only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# Bucks County Court of Common Pleas
## Court Summary

**Samsel, Ryan (Continued)**
  **Closed (Continued)**
    **Bucks (Continued)**

| Seq No | Statute | Sentence Dt. | Sentence Type | Grade | Program Period | Description | Sentence Length | Disposition |
|---|---|---|---|---|---|---|---|---|
| 2 | 18 § 2701 §§ A1 | | | M2 | | Simple Assault | | Guilty Plea |
| | | 07/05/2011 | Confinement | | Other | | Min: 1 Year(s) Max: 2 Year(s) | |
| | | 03/12/2013 | Confinement | | Other | | Min: 1 Year(s) Max: 2 Year(s) | |
| 3 | 18 § 2705 | | | M2 | | Recklessly Endangering Another Person | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |
| | | 03/12/2013 | No Further Penalty | | | | | |
| 4 | 18 § 2902 §§ A1 | | | M1 | | Unlawful Restraint/ Serious Bodily Injury | | Guilty Plea |
| | | 07/05/2011 | Confinement | | Other | | Min: 1 Year(s) Max: 5 Year(s) | |
| | | 03/12/2013 | Confinement | | Other | | Min: 1 Year(s) Max: 5 Year(s) | |
| 5 | 18 § 5503 §§ A1 | | | M3 | | Disorderly Conduct Engage In Fighting | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |
| | | 03/12/2013 | No Further Penalty | | | | | |
| 6 | 18 § 2709 §§ A1 | | | S | | Harassment - Subject Other to Physical Contact | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |
| | | 03/12/2013 | No Further Penalty | | | | | |

**CP-09-CR-0000099-2011**    Proc Status: Appeal Decided    DC No:    OTN:S 003254-6
Arrest Dt: 07/13/2010    Disp Date: 03/28/2011    Disp Judge: Cepparulo, Albert J.

| Seq No | Statute | Sentence Dt. | Sentence Type | Grade | Program Period | Description | Sentence Length | Disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | 18 § 903 | | | F1 | | Conspiracy - Intim Witness/Victim False/Misleading Testimony | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |
| 2 | 18 § 4952 §§ A2 | | | F1 | | Intim Witness/Victim False/Misleading Testimony | | Guilty Plea |
| | | 07/05/2011 | Confinement | | Other | | Min: 4 Year(s) Max: 10 Year(s) | |
| 3 | 18 § 4952 §§ A3 | | | F1 | | Intimidate Witness/Victim - Withhold Testimony | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |
| 7 | 18 § 2706 §§ A1 | | | M1 | | Terroristic Threats W/ Int To Terrorize Another | | Guilty Plea |
| | | 07/05/2011 | No Further Penalty | | | | | |

**CP-09-CR-0004533-2016**    Proc Status: Sentenced/Penalty Imposed    DC No:    OTN:T 735958-6
Arrest Dt: 12/13/2015    Disp Date: 02/13/2017    Disp Judge: Boylan, Rea B.

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, his only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# Bucks County Court of Common Pleas
## Court Summary

**Samsel, Ryan** (Continued)
  **Closed** (Continued)
    **Bucks** (Continued)
    Def Atty: Lang, Paul Gregory - (PR)

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length |
| 1 | 18 § 2701 §§ A1 | | M2 | Simple Assault | Guilty Plea - Negotiated |
| | 02/13/2017 | Confinement | | 6 Months - 12 Months | Min: 6 Month(s) Max: 12 Month(s) |
| 6 | 18 § 2709 §§ A1 | | S | Harassment - Subject Other to Physical Contact | Guilty Plea - Negotiated |
| | 02/13/2017 | No Further Penalty | | | |

---

CPCMS 3541              4              Printed: 4/11/2022  7:58 PM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank,  his only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.