IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 1:21-cr-00537-JMC |
| v. ) | |
| ) | |
| RYAN SAMSEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SUPPLEMENT TO DEFENDANT RYAN SAMSEL'S MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER

Defendant Ryan Samsel, by and through undersigned counsel, respectfully submits this supplement to his Motion for Review and Revocation of the Court's Pretrial Detention Order.

On Friday, April 22, 2022, Mr. Samsel filed his Reply in support of his Motion for Review and Revocation of the Court's Pretrial Detention Order (ECF No. 149). Yesterday, April 26, 2022, the government provided defense counsel with a Memorandum from the USP Lewisburg Health Services Clinical Director, Dr. Andrew Edinger, to USP Lewisburg's Warden, Stephen Spaulding, *dated April 21, 2022* (attached hereto as Exhibit A). In the memorandum, Dr. Edinger who performed a clinical exam, provides a medical assessment of Mr. Samsel, stating that: "In a private practice setting, I would refer this patient to a high level, multi-specialty, tertiary research center for medical care." Dr. Edinger concludes that he is, "very concerned that his medical condition requires treatment which cannot be provided here." Dr. Edinger further recommends that the Warden "consider recommendations to the court for consideration of release to home confinement near a tertiary research center so that he can more easily access the sophisticated medical treatment indicated for his condition."

The government provided Mr. Samsel with the Memorandum yesterday, April 26, 2022, at 3:11PM EDT.  At 4:08PM EDT, defense counsel asked the government whether they intended to supplement their filing with the information contained in the memorandum.  As of the time of filing, defense counsel has received no response from the government.

[SIGNATURE ON NEXT PAGE]

Dated: April 26, 2022

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*/s/ Juli Z. Haller*
Juli Z. Haller, (DC 466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

*Counsel for Defendant Ryan Samsel*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) ) Case No. 1:21-cr-00537-JMC |
| v. | ) ) |
| **RYAN SAMSEL**, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

On April 26, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

                */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD, ATTORNEYS AT LAW
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*