# EXHIBIT A



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**USP Lewisburg Health Services**
2400 Robert Miller Dr.
Lewisburg, PA  17837

Date:  April 21, 2022

MEMORANDUM:

TO:           STEPHEN SPAULDING, WARDEN

THRU:      NICOLE MORSE, ASSOCIATE WARDEN

FROM:     ANDREW EDINGER, MD, CLINICAL DIRECTOR

SUBJECT:  Medical Condition of Inmate Ryan Samsel, #28332-509

I recently reviewed the medical history provided to me by Inmate Samsel. Attached is my medical assessment of this last patient encounter. I am very concerned that his medical condition requires treatment which cannot be provided here.

Specifically, Inmate Samsel has suffered a very problematic medical complication of bilateral subclavian vein thromboses. This resulted in blood return obstruction from both arms. His body is in the slow process of developing collateral blood return from his arms to his heart. I believe that he is developing complications as a result of this. The main complication is lymphatic overload to the lymph nodes in his axilla and chest. He told me that he was being assessed by a multi-specialty team which included an oncologist, a vascular surgeon, and a plastic surgeon when he was transferred to this institution. He claims that they recommended surgery, but that he was transferred before this could take place.

Unfortunately, I do not have any medical records to substantiate what he reports to me. However, his clinical exam validates virtually everything that he has told me. I have never seen or heard of the complication that he has. He cannot have any venipunctures in his arms, and I would be very cautious with repetitive blood pressures because of the status of the veins in his arms. He has requested surgery for the abnormal chest lymph nodes that he is complaining about. Said surgery is risky in that it could damage the collateral vein supply from his arm. If this occurs, he could lose his arm.

Finally, I am concerned that the information regarding his history of Hodgkin's lymphoma is not precisely accurate. Ordinarily, this condition requires chemotherapy which he denies ever receiving. His history of blood clots and his recurrent Herpes Zoster infection are two signs that are commonly seen with active malignancies.

In a private practice setting, I would refer this patient to a high level, multi-specialty, tertiary research center for medical care. In Central Pennsylvania, I would not refer him to our local tertiary center, Geisinger Medical Center. I believe that his condition would be best treated at tertiary research centers like, Hershey Medical Center, the University of Pennsylvania, or Johns Hopkins University in Baltimore.

Much of this opinion is based upon the rarity of his condition, the potential risk of profound complication like loss of limb, and the difficulty of safe intravenous access for him. For these reasons, I am placing this request for consideration of medical transfer. He is a pre-trial inmate, and I am not aware that medical 770 transfer procedures are utilized for this group of inmates. I would also consider recommendations to the court for consideration of release to home confinement near a tertiary research center so that he can more easily access the sophisticated medical treatment indicated for his condition.