| | |
|---|---|
| **From:** | Hamilton, Jamie (USMS) |
| **To:** | Haywood, Derek (USMS); Rochlin, Karen (USADC) |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Schesnol, Jacqueline (USADC) |
| **Subject:** | RE: Ryan Samsel |
| **Date:** | Monday, April 25, 2022 1:56:49 PM |

Good Afternoon,

I have forwarded medical records to Haywood to be sent to USP Lewisburg. This prisoner has received extensive work-up while in USMS custody and there is no evidence of significant care needs at this time. The issues addressed by the USP Lewisburg physician were present prior to entry into custody and were assessed by the specialty thoracic outlet clinic at UVA with recommendations for PT and elevation of the upper extremities during sleep. Please let me know if anything additional is needed. Thank you.

Respectfully,

LCDR Jamie Hamilton, BSN, RN
Assistant Chief, Medical Management Branch
United States Marshals Service (Headquarters)
Prisoner Operations Division
703▓▓▓▓▓▓▓ (office)
(703)▓▓▓-▓▓▓▓ (fax)
▓▓▓▓▓▓▓▓▓▓@usdoj.gov

---

**From:** Haywood, Derek (USMS) <DHaywood@usms.doj.gov>
**Sent:** Monday, April 25, 2022 12:36 PM
**To:** Rochlin, Karen (USADC) <KRochlin@usa.doj.gov>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Schesnol, Jacqueline (USADC) <JSchesnol@usa.doj.gov>
**Subject:** RE: Ryan Samsel

Karen,

Welcome aboard, please see the attachment.

R/

Haywood