# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 21-CR-537 |
| **v.** : | |
| : | |
| **RYAN SAMSEL et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher Amore, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Christopher Amore*
    Christopher Amore
    Detailed to the District of Columbia
    Assistant United States Attorney
    601 D St. NW
    Washington, D.C. 20530
    973-902-6904
    Christopher.Amore@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of May, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

    /s/ *Christopher Amore*
Christopher Amore
Assistant United States Attorney