UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**RYAN SAMSEL, et al.,**<br><br>  Defendants. | Case No. 1:21-cr-00537-JMC |

**GOVERNMENT'S REPORT PURSUANT TO THE COURT'S
MINUTE ORDER OF MAY 10, 2022**

The United States of America respectfully provides the following report pursuant to this Court's Minute Order of May 10, 2022:

1. On May 3 and 5, 2022, this Court held a hearing to address defendant's Samsel's motion, ECF 142, seeking revocation and review of the order for his pretrial detention. The motion included arguments relating to the defendant's medical care while detained. At the conclusion of the May 5, hearing, the Court did not grant the motion to revoke the defendant's detention. The Court did direct the parties to confer and submit a proposed order to facilitate Mr. Samsel's transfer to a tertiary research center "for the purpose of assessing Mr. Samsel's physical condition and determining what, if any, treatment is necessary for him to have." Transcript of Status Conference, United States v. Samsel, 21-cr-537-JMC (D.D.C. May 5, 2022)("Tr.") at page 60.

2. The Court ordered the parties to appear on May 11, 2022 to report concerning their progress. Tr. at 69, 71. Counsel for the defendant stated his expectation that "we'll provide Ms. Rochlin on Monday [May 9, 2022] with a list of doctors" for the defendant including specialties for each doctor and the reason for the defendant to see them.

3. Once the hearing concluded, the prosecution contacted the United States Marshals Service (USMS), and has conducted discussions on a daily basis with either the USMS or the Bureau of Prisons as a result of the Court's ruling on May 5. From those discussions, the prosecution has concluded that the USMS can meet the Court's "end goal," Tr. at 63, of sending the defendant to a tertiary research center. Based on these discussions, the government arrived at different proposals for addressing the concerns which the Court expressed at the conclusion of the May 5 hearing.

4. On May 9, 2022, the prosecution did not receive the list of doctors that defense counsel said would be produced by that date. On May 10, 2022, the parties were notified that the May 11, 2022 hearing would have to be rescheduled and addressed through status reports due on May 13, 2022. On May 11, the prosecution attempted to contact opposing counsel by electronic mail, cellular phone, and office phone to confer about a proposed order, but did not receive responses. On May 12, 2022, the prosecution had not received any responses to its earlier messages but attempted again to contact defense counsel. As a result of this attempt, the parties conferred and the prosecution proposed alternatives for the defendant's transportation and evaluation; however, defense counsel stated that the defense could not respond to the prosecution without conferring with the defendant. Defense counsel further advised that a call with the defendant was scheduled for the morning of May 13, 2022.

5. On May 13, 2022, at 3:59 p.m., the defense sent an electronic mail message advising that counsel had not been able to communicate with the defendant as planned, and stating that the defense planned to file its own status report with the Court. The undersigned attempted to call counsel at 4:10 and 4:16 p.m. at one number, and called opposing counsel at 4:19 p.m. at a second number, but was unable to make contact.

6. Accordingly, the prosecution submits the instant report. Although the defense has stated it is not able to approve any of the government's proposals without speaking further with the defendant, the United States has attached its own proposed order for the defendant's evaluation at a tertiary care facility.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar Number 481052

By:    *s/Karen Rochlin*
        Karen Rochlin
        Assistant United States Attorney Detailee
        DC Bar No. 394447
        99 N.E. 4th Street
        Miami, Florida 33132
        (786) 972-9045
        Karen.Rochlin@usdoj.gov