UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RYAN SAMSEL, *et al.*,

    Defendants

Case No. 1:21-cr-00537-JMC-1

**ORDER**

This matter came before the Court on the motion of defendant Ryan Samsel seeking revocation and review of the order for his pretrial detention. The motion included arguments relating to the defendant's medical care while detained. This Court held a hearing to address the defendant's motion on March 3 and 5, 2022, when, among other matters, the Court considered a memorandum, a Declaration, and testimony from the clinical director of the Bureau of Prisons' facility in Lewisburg, Pennsylvania where the defendant is currently housed. With respect to the defendant's medical claims, for reasons which are limited to the specific facts of this case and which were stated on the record on March 5, 2022, it is hereby

    **ORDERED** that the defendant shall receive an independent medical evaluation at a tertiary research center;

    **ORDERED** that the evaluation shall provide a comprehensive physical assessment of the defendant and shall identify what if any procedures the defendant requires and whether or not any each procedure is elective or required on an urgent basis;

    **ORDERED** that to facilitate and expedite the independent medical evaluation of the defendant, defense counsel shall, within five days from the date of this order, provide to the prosecution any of the defendant's medical records in defense counsel's possession that are not

already part of records provided to the Bureau of Prisons; the prosecution shall arrange to provide those records to the United States Marshals Service and the Bureau of Prisons, so that the records can be made available to the tertiary research center as needed for the independent medical examination; and it is further

**ORDERED** that the defendant shall be transported to an appropriate Bureau of Prisons facility for the purpose of receiving the independent medical evaluation.

**SO ORDERED.**


DATE: _____          _____
                                      JIA M. COBB
                                      U. S. DISTRICT COURT JUDGE