UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SAMSEL, *ET AL.*,<br><br>           Defendants. | Criminal Action No. 21-537-(1) (JMC) |

## ORDER

This matter came before the Court on the motion of defendant Ryan Samsel seeking revocation and review of the order for his pretrial detention. The motion included arguments relating to Mr. Samsel's medical care while detained. This Court held a hearing to address Mr. Samsel's motion on May 3 and 5, 2022, when, among other matters, the Court considered a memorandum, a declaration, and testimony from the clinical director of the Bureau of Prisons' facility in Lewisburg, Pennsylvania where Mr. Samsel is currently housed. With respect to Mr. Samsel's medical claims, for reasons that are limited to the specific facts of this case and that were stated on the record on May 5, 2022, it is hereby

**ORDERED** that, within fourteen (14) days of the date of this order, or a longer period for good cause shown, Mr. Samsel shall receive an independent medical evaluation at a tertiary research center. To the extent feasible, the Court recommends that the evaluation be conducted by the University of Pennsylvania Medical Center in Philadelphia, Pennsylvania;

**ORDERED** that the evaluation shall provide a comprehensive physical assessment of Mr. Samsel and shall identify what if any procedures he requires and whether or not any procedure is elective or required on an urgent basis;

**ORDERED** that to facilitate and expedite the independent medical evaluation of Mr. Samsel, defense counsel shall, within five (5) days from the date of this order, provide to the prosecution any of Mr. Samsel's medical records in defense counsel's possession that are not already part of records provided to the Bureau of Prisons; the prosecution shall arrange to provide those records to the United States Marshals Service and the Bureau of Prisons, so that the records can be made available to the tertiary research center as needed for the independent medical examination;

**ORDERED** that Mr. Samsel shall be transported to an appropriate Bureau of Prisons facility for the purpose of receiving the independent medical evaluation; and it is further

**ORDERED** that, no less than three (3) days before Mr. Samsel is transferred from the Bureau of Prisons' facility in Lewisburg, Pennsylvania where he is currently housed, the Bureau of Prisons, the United States Marshals Service, or government counsel in this case shall notify defense counsel of the details of the upcoming transfer, including the name of the tertiary research center where Mr. Samsel will receive the evaluation.

**SO ORDERED.**

DATE: May 17, 2022

_____
Jia M. Cobb
U.S. District Court Judge