UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action 21-cr-537-1 (JMC) |
| v. : | |
| : | |
| RYAN SAMSEL, et al. : | |
| : | |
| Defendants. : | |

**ORDER**

Upon consideration of the United States' motion seeking to extend the previously ordered deadline for the independent medical evaluation of defendant Ryan Samsel, the Court finds good cause for the extension. According to the motion, the defendant will not be released from a quarantine imposed as a precaution against the spread of covid-19 before May 31, 2022 at the earliest. The government components handling the logistics, transportation, and security involved with the evaluation of a defendant outside of a Bureau of Prisons facility will need additional time to address arrangements for the evaluation. Each of these factors constitute good cause for some further delay. Accordingly, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the defendant's independent medical evaluation shall occur on or before June 14, 2022; and it is further

ORDERED that the United States Marshals, Bureau of Prisons, or government counsel shall notify defense counsel three (3) days before transfer of the defendant to or from any appropriate Bureau of Prisons facility until conclusion of the independent medical evaluation.

Date: _____

_____
JIA M. COBB
UNITED STATES DISTRICT JUDGE