APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00537−JMC</u>−1

Case title: USA v. SAMSEL et al

Magistrate judge case number:  1:21−mj−00188−ZMF

Date Filed: 08/25/2021

Assigned to: Judge Jia M. Cobb

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **RYAN SAMSEL** | represented by | **Elisabeth K.H. Pasqualini** |
| | | EKHP LAW, LLC |
| | | 407 N Front St. |
| | | Suite 2 |
| | | Harrisburg, PA 17101 |
| | | 717−412−4386 |
| | | Fax: 717−674−7530 |
| | | Email: e@ekhplaw.com |
| | | *TERMINATED: 06/25/2021* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **John M. Pierce** |
| | | JOHN PIERCE LAW |
| | | 2550 Oxnard Street |
| | | 3rd Floor OMB #172 |
| | | Woodland Hills, CA 91367 |
| | | (213) 279−7648 |
| | | Email: jpierce@johnpiercelaw.com |
| | | *TERMINATED: 08/16/2021* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Robert Lee Jenkins , Jr.** |
| | | BYNUM & JENKINS, PLLC |
| | | 1010 Cameron Street |
| | | Alexandria, VA 22314 |
| | | (703) 309−0899 |
| | | Fax: (703) 229−8652 |
| | | Email: rjenkins@bynumandjenkinslaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Stanley Edmund Woodward , Jr.**
BRAND WOODWARD LAW
1808 Park Road NW
Washington, DC 20010
202−996−7447
Fax: 202−996−0113
Email: stanley@brandwoodwardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Juli Zsuzsa Haller**
LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, NW
Suite 900
S. Building
Washington, DC 20036
202−352−2615
Email: hallerjulia@outlook.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |

**Pending Counts**

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(1−2)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(1s−2s)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(1ss−2ss)

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder
(1sss)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(2sss)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(3−4)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(3s)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(3ss)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon and Aiding
and Abetting
(3sss)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(4s)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
(4ss)

18 U.S.C. 1752(a)(4), (b)(1)(A), (b)(1)(B)
and 2; TEMPORARY RESIDENCE OF
THE PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon, Resulting in Significant Bodily
Injury, and Aiding and Abetting
(5)

18 U.S.C. 1752(a)(4); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Engaging in Physical Violence in a
Restricted Building or Grounds
(5s)

18 U.S.C. 1752(a)(1) and (a)(4);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Engaging in
Physical Violence in a Restricted Building
or Grounds

(5ss)

18 U.S.C. 1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in
a Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(5sss)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings and Aiding and
Abetting
(6)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings and Aiding and
Abetting
(6s)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings and Aiding and
Abetting
(6ss)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(6sss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(7)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(7s)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official

Proceeding and Aiding and Abetting
(7ss)

18 U.S.C. 1752(a)(4), (b)(1)(A),(b)(1)(B)
and 2; TEMPORARY RESIDENCE OF
THE PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon, Resulting in Significant Bodily
Injury, and Aiding and Abetting
(7sss)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(8s)

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Disorderly Conduct in a Capitol Building
or Grounds
(8sss)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in the Capitol
Grounds or Buildings and Aiding and
Abetting
(9sss)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(10ss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(10sss)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(11sss)

18 U.S.C. 111(a)(1);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,

Resisting, or Impeding Certain Officers
(12sss)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:111; 18:231(a)(3); 18:1512(c)(2) | |

---

**Plaintiff**

| **USA** | represented by | **Hava Arin Levenson Mirell** |
|---|---|---|

U.S. ATTORNEY'S OFFICE
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012
213–894–0717
Email: hava.mirell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Karen E. Rochlin**
DOJ–USAO
99 Northeast 4th Street
Miami, FL 33132
305–961–9234
Email: karen.rochlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**April Nicole Russo**
U.S. ATTORNEY'S OFFICE
Appellate Division
555 Fourth Street, NW
Washington, DC 20001
(202) 252–1717
Email: april.russo@usdoj.gov
*TERMINATED: 01/19/2022*

6

*Designation: Assistant U.S. Attorney*

**Christopher Amore**
DOJ–USAO
District of New Jersey
970 Broad Street
Ste 700
Newark, NJ 07102
973–645–2757
Email: christopher.amore@usdoj.gov
*TERMINATED: 05/03/2022*
*Designation: Assistant U.S. Attorney*

**Danielle Sara Rosborough**
U.S. ATTORNEY'S OFFICE
Criminal Division, National Security
Section
555 4th Street, NW
Washington, DC 20001
(202) 305–2461
Email: danielle.rosborough@usdoj.gov
*TERMINATED: 01/19/2022*
*Designation: Assistant U.S. Attorney*

**Jacqueline N. Schesnol**
DOJ–USAO
United States Attorney's Office
40 North Central Avenue
Suite 1800
Phoenix, AZ 85004–4449
(602) 514–7689
Email: jacqueline.schesnol@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Robert Craig Juman**
U.S. ATTORNEY'S OFFICE
500 E. Broward Blvd.
Ft. Lauderdale, FL 33132
786–514–9990
Email: robert.juman@usdoj.gov
*TERMINATED: 05/03/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/29/2021 | 1 | | SEALED COMPLAINT as to RYAN SAMSEL (1). (Attachments: # 1 Redacted Statement of Facts) (zstd) Modified on 1/31/2021 (zstd). [1:21–mj–00188–ZMF] (Entered: 01/31/2021) |
| 01/29/2021 | 3 | | MOTION to Seal Case by USA as to RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00188–ZMF] (Entered: 01/31/2021) |

| 01/29/2021 | 4 | | ORDER granting 3 Motion to Seal Case as to RYAN SAMSEL (1). Signed by Magistrate Judge Zia M. Faruqui on 1/29/2021. (zstd) [1:21–mj–00188–ZMF] (Entered: 01/31/2021) |
|---|---|---|---|
| 01/30/2021 | | | Case unsealed as to RYAN SAMSEL (bb) [1:21–mj–00188–ZMF] (Entered: 01/31/2021) |
| 01/30/2021 | | | Arrest of Defendant RYAN SAMSEL in the Eastern District of Pennsylvania. (kk) [1:21–mj–00188–ZMF] (Entered: 03/25/2021) |
| 02/17/2021 | 5 | | Consent MOTION to Continue *PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY* by USA as to RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Russo, April) [1:21–mj–00188–ZMF] (Entered: 02/17/2021) |
| 02/17/2021 | 10 | | MOTION to Exclude by USA as to RYAN SAMSEL. (See DE #5 to view document ). (bb) [1:21–mj–00188–ZMF] (Entered: 03/20/2021) |
| 02/19/2021 | 8 | | ORDER Granting 5 Consent MOTION to Continue PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY by USA as to RYAN SAMSEL (1). Time between 2/17/2021 and 4/1/2021 (43 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of Justice X–T. Preliminary Hearing set for 4/1/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. Signed by Magistrate Judge Robin M. Meriweather on 2/19/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 02/23/2021) |
| 02/19/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN SAMSEL re 7 Pretrial Services Report was entered in error as a duplicate entry (zstd) [1:21–mj–00188–ZMF] (Entered: 02/27/2021) |
| 02/19/2021 | 14 | | Arrest Warrant, dated 1/29/2021, returned executed in the U.S. District Court for the District of Columbia on 2/19/2021 as to Defendant RYAN SAMSEL. (kk) (zkk). [1:21–mj–00188–ZMF] (Entered: 03/25/2021) |
| 02/19/2021 | | | ORAL MOTION by USA to Commit Defendant RYAN SAMSEL to the Custody of the U.S. Attorney General. (kk) [1:21–mj–00188–ZMF] (Entered: 03/25/2021) |
| 02/19/2021 | | | Minute Entry for Initial Appearance as to RYAN SAMSEL held by video before Magistrate Judge Robin M. Meriweather on 2/19/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant agreed to appear by video. Oral Motion by USA to Commit Defendant to the Custody of the U.S. Attorney General. The defendant does not contest pretrial detention at this time and waives written findings of fact in support of an order of detention. Government's motion granted; Pretrial Detention Ordered. Preliminary Hearing set for 4/1/2021 at 1:00 pm by telephonic/VTC before Magistrate Judge G. Michael Harvey. The defendant consents to holding the preliminary hearing beyond 21 days. The Government's Consent Motion 5 to Exclude Time Under the Speedy Trial Act from 1/29/2021 to 4/1/2021, is granted in part and denied in part. The Court will exclude the period from 2/19/2021 to 4/1/2021 at this time pursuant to the Speedy Trial Act, in the interest of justice. Bond Status of Defendant: Defendant Held Without Bond. Defendant committed/commitment issued. Court Reporter: Bryan Wayne. Defense Attorneys: Carlos Vanegas standing in |

| | | |
|---|---|---|
| | | and Elizabeth Pasqualini (awaiting admission to the USDC–DC Bar); U.S. Attorney: April Russo; Pretrial Officer: John Copes. (kk) [1:21–mj–00188–ZMF] (Entered: 03/25/2021) |
| 03/10/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Elisabeth K. H Pasqualini appearing for RYAN SAMSEL (H Pasqualini, Elisabeth) [1:21–mj–00188–ZMF] (Entered: 03/10/2021) |
| 03/30/2021 | 11 | Consent MOTION to Continue *Preliminary Hearing and for Excludable Delay* by USA as to RYAN SAMSEL. (Attachments: # 1 Proposed Order)(Russo, April) [1:21–mj–00188–ZMF] (Entered: 03/30/2021) |
| 03/30/2021 | 16 | MOTION to Exclude Speedy Trial Time by USA as to RYAN SAMSEL. (See Docket Entry 11 to view document). (znmw) [1:21–mj–00188–ZMF] (Entered: 04/01/2021) |
| 03/31/2021 | 12 | WITHDRAWN PURSUANT TO ORDER FILED ON 4/6/2021..... to Substitute Attorney by RYAN SAMSEL. (Jenkins, Robert) Modified on 4/13/2021 (bb). [1:21–mj–00188–ZMF] (Entered: 03/31/2021) |
| 03/31/2021 | 13 | MOTION for Leave to Appear Pro Hac Vice Steven Metcalf, II Filing fee $ 100, receipt number ADCDC–8343515. Fee Status: Fee Paid. by RYAN SAMSEL. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Jenkins, Robert) [1:21–mj–00188–ZMF] (Entered: 03/31/2021) |
| 03/31/2021 | 15 | ORDER granting 11 Motion to Continue Preliminary Hearing as to RYAN SAMSEL (1). Preliminary Hearing continued to 5/7/2021 at 11:00 AM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by Magistrate Judge Zia M. Faruqui on 3/31/2021. (ztl) [1:21–mj–00188–ZMF] (Entered: 04/01/2021) |
| 04/01/2021 | | Set/Reset Hearings as to RYAN SAMSEL:Status Hearing set for 4/1/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zpt) [1:21–mj–00188–ZMF] (Entered: 04/01/2021) |
| 04/02/2021 | 17 | MOTION to Withdraw Document 12 MOTION to Substitute Attorney by RYAN SAMSEL. (Jenkins, Robert) [1:21–mj–00188–ZMF] (Entered: 04/02/2021) |
| 04/02/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Status Hearing as to RYAN SAMSEL (1) held on 4/2/2021. Bond Status of Defendant: Defendant Remains Committed; Court Reporter: FTR–Gold; FTR Time Frame: CTRM 6 [1:13:16–1:26:05]; Defense Attorney: Elisabeth Pasqualini, Robert Jenkins, and Steven Metcalf; US Attorney: April Russo; Pretrial Officer: Christine Schuck; (zpt) [1:21–mj–00188–ZMF] (Entered: 04/03/2021) |
| 04/06/2021 | | MINUTE ORDER Upon review of the Motion to Withdraw Motion for Substitution of Counsel 17 , it is hereby ORDERED that the Motion 17 is GRANTED and the Motion and Order for Substitution of Counsel 12 can be WITHDRAWN. Signed by Magistrate Judge G. Michael Harvey on 4/6/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 04/07/2021) |
| 04/09/2021 | | MINUTE ORDER as to RYAN SAMSEL (1). Upon review of the Motion for Admission Pro Hac Vice of Steven A. Metcalf, II 13 , it is hereby ORDERED that the attorney seeking admission pro hac vice supplement the Motion 13 to |

| | | |
|---|---|---|
| | | clarify whether "the attorney either has or has not been disciplined by any bar," as the current declaration notes only that the attorney has "never been disciplined by any court." See LCcR 44.1(d)(4). Signed by Magistrate Judge G. Michael Harvey on 4/9/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 04/09/2021) |
| 05/04/2021 | <u>18</u> | Consent MOTION to Continue *Preliminary Hearing and for Excludable Delay* by USA as to RYAN SAMSEL. (Russo, April) [1:21–mj–00188–ZMF] (Entered: 05/04/2021) |
| 05/04/2021 | <u>19</u> | Amended Declaration of Attorney Steven Metcalf RE: <u>13</u> Motion to Appear Pro Hac Vice by RYAN SAMSEL (Jenkins, Robert) Modified on 5/5/2021 (bb). [1:21–mj–00188–ZMF] (Entered: 05/04/2021) |
| 05/04/2021 | 20 | MOTION for Excludable Delayby USA as to RYAN SAMSEL. (See DE <u>18</u> to view document) (bb) [1:21–mj–00188–ZMF] (Entered: 05/05/2021) |
| 05/10/2021 | <u>21</u> | ORDER granting in part <u>18</u> / 20 Consent Motion by USA to Continue Preliminary Hearing and for Excludable Delay as to RYAN SAMSEL : continuing the Preliminary Hearing to 5/12/2021 at 1:00 pm by VTC before Magistrate Judge Robin M. Meriweather; excluding the period from 5/7/2021 to 5/12/2021 in computing the time within which an information or indictment must be filed under the Speedy Trial Act, in the interest of justice; signed by Magistrate Judge Robin M. Meriweather on 5/10/2021. (kk) [1:21–mj–00188–ZMF] (Entered: 05/11/2021) |
| 05/14/2021 | | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL. (ztl) [1:21–mj–00188–ZMF] (Entered: 05/14/2021) |
| 05/14/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Ascertainment of Counsel as to RYAN SAMSEL held on 5/14/2021. Defendant present by video. Oral Motion by the Government for Speedy Trial as to RYAN SAMSEL (1); heard and granted. No objection from defense counsel. Speedy Trial Excluded from 5/14/2021 to 6/28/2021 in the Interest of Justice (XT). Status Hearing set for 5/18/2021 at 9:30 AM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Status Hearing set for 6/28/2021 at 2:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Medical/Mental Health Alert issued to the Department of Corrections Medical Unit as to RYAN SAMSEL. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [2:39:55–2:40:48–2:48:22–3:48:23]; Defense Attorney: Elisabeth Pasqualini; US Attorney: April Russo; Pretrial Officer: Christine Schuck.(ztl) [1:21–mj–00188–ZMF] (Entered: 05/14/2021) |
| 05/18/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui:Status Conference as to RYAN SAMSEL held on 5/18/2021. Defendant waived his appearance for today's proceeding. Status Hearing date forthcoming. Counsel will be notified when the hearing is scheduled. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4 [9:43:49–10:15:34]; Defense Attorney: Elisabeth Pasqualini, Steven Metcalf II, Martin Tankleff, and Robert Jenkins; US Attorney: April Russo. (ztl) [1:21–mj–00188–ZMF] (Entered: 05/18/2021) |
| 05/18/2021 | <u>22</u> | |

| | | | |
|---|---|---|---|
| | | | Motion to Withdraw as Attorney by RYAN SAMSEL *of Steven Metcalf* (Tankleff, Martin) Modified on 5/21/2021 (bb). [1:21–mj–00188–ZMF] (Entered: 05/18/2021) |
| 05/20/2021 | | | MINUTE ORDER as to RYAN SAMSEL (1). Upon consideration of the Motion for Leave to Withdraw as Attorney for Defendant 22 and statements made by Defendant and his attorney, Elisabeth K. H Pasqualini, at the May 20, 2021 hearing before the Court, the Court hereby finds that granting the request by Mr. Metcalf to withdraw as counsel for Defendant would not unduly delay trial, unfairly prejudice any party, or otherwise not be in the interests of justice. It is therefore ORDERED that Mr. Metcalf's request to withdraw is GRANTED. It is FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Steven A. Metcalf, II 13 and the Amended Declaration of Steven A. Metcalf in Support for Admission to Practice Pro Hac Vice 19 ARE DENIED AS MOOT. Signed by Magistrate Judge Zia M. Faruqui on 5/20/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 05/20/2021) |
| 05/20/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: VTC Status Hearing as to RYAN SAMSEL (1) held on 5/20/2021. Bond Status of Defendant: Defendant Remains Committed; Court Reporter: FTR–Gold; FTR Time Frame: CTRM 6 [2:15:10–2:37:31]; Defense Attorney: Elisabeth Pasqualini; US Attorney: April Russo; Pretrial Officer: Dashanta Valentine–Lewis; (zpt) [1:21–mj–00188–ZMF] (Entered: 05/21/2021) |
| 05/20/2021 | | | MINUTE ORDER Granting 22 Motion to Withdraw as Attorney by RYAN SAMSEL (1) of Steven Metcalf. See Minute Order dated 5/20/2021. Signed by Magistrate Judge Zia M. Faruqui on 5/20/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 05/21/2021) |
| 05/24/2021 | 23 | | MOTION for Release from Custody – *Release From Temporary Detention* by RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(H Pasqualini, Elisabeth) Modified event title on 5/27/2021 (znmw). [1:21–mj–00188–ZMF] (Entered: 05/24/2021) |
| 05/25/2021 | | | MINUTE ORDER as to RYAN SAMSEL (1). Upon review of the Motion for Release from Temporary Detention 23 , it is hereby ORDERED that the government file a response, if any, by no later than 4:30 p.m. on May 27, 2021. It is FURTHER ORDERED that the parties confer and propose no fewer than three dates and times that work for a detention hearing; the proposed dates/times can be submitted to the Court via email or through a status report. Signed by Magistrate Judge Robin M. Meriweather on 5/25/2021. (zpt) [1:21–mj–00188–ZMF] (Entered: 05/26/2021) |
| 05/27/2021 | 24 | | MOTION for Extension of Time to File Response/Reply as to 23 MOTION for Release from Custody by USA as to RYAN SAMSEL. (Russo, April) [1:21–mj–00188–ZMF] (Entered: 05/27/2021) |
| 06/02/2021 | 25 | | Memorandum in Opposition by USA as to RYAN SAMSEL re 23 MOTION for Release from Custody (Russo, April) [1:21–mj–00188–ZMF] (Entered: 06/02/2021) |
| 06/02/2021 | | | MINUTE ORDER as to Defendant RYAN SAMSEL : Upon review of the Unopposed Motion for Extension 24 it is hereby ORDERED that the Motion 24 is GRANTED. The United States' response to the defense motion shall be due by 5:00 p.m. on June 3, 2021. It is FURTHER ORDERED that a detention |

| | | |
|---|---|---|
| | | hearing is scheduled for 9:00 a.m. on June 4, 2021 before Magistrate Judge Zia M. Faruqui; So Ordered by Magistrate Judge Robin M. Meriweather on June 2, 2021. (kk) [1:21−mj−00188−ZMF] (Entered: 06/03/2021) |
| 06/02/2021 | | Set/Reset Deadlines as to RYAN SAMSEL: Response by USA to 23 Defendant's Motion for Release from Temporary Detention due by 5:00 PM on 6/3/2021. (kk) [1:21−mj−00188−ZMF] (Entered: 06/03/2021) |
| 06/03/2021 | | Set/Reset Hearings as to Defendant RYAN SAMSEL : Detention Hearing reset from 9:00 AM on 6/4/2021 to 1:45 PM on 6/4/2021 by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (kk) [1:21−mj−00188−ZMF] (Entered: 06/03/2021) |
| 06/04/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui:Detention Hearing as to RYAN SAMSEL held on 6/4/2021. Defendant present by video. Detention Hearing continued to 6/11/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4 [2:14:29−2:42:35]; Defense Attorney: Elisabeth Pasqualini; US Attorney: April Russo; Pretrial Officer: Christine Schuck. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/04/2021) |
| 06/04/2021 | 27 | TRANSCRIPT OF PROCEEDINGS in case as to RYAN SAMSEL before Magistrate Judge Zia M. Faruqui held on June 4, 2021; Page Numbers: 1−21. Date of Issuance:June 4, 2021. Transcriber: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/25/2021. Redacted Transcript Deadline set for 7/5/2021. Release of Transcript Restriction set for 9/2/2021.(Dickman, Janice) [1:21−mj−00188−ZMF] (Entered: 06/04/2021) |
| 06/10/2021 | 28 | VACATED PURSUANT TO ORDER FILED 6/14/2021.....ORDER granting 23 Motion for Release from Custody to the Custody of the Commonwealth of Pennsylvania as to RYAN SAMSEL (1). Signed by Magistrate Judge Zia M. Faruqui on 6/10/2021. (ztl) Modified on 6/14/2021 (ztl). [1:21−mj−00188−ZMF] (Entered: 06/10/2021) |
| 06/14/2021 | 29 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for RYAN SAMSEL (Pierce, John) [1:21−mj−00188−ZMF] (Entered: 06/14/2021) |

| 06/14/2021 | 30 | | ORDER as to RYAN SAMSEL. Signed by Magistrate Judge Zia M. Faruqui on 6/14/2021. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/14/2021) |
|---|---|---|---|
| 06/15/2021 | | | Set/Reset Hearings as to RYAN SAMSEL:Assessment of Counsel Hearing set for 6/18/2021 at 2:30 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/15/2021) |
| 06/16/2021 | 31 | | Unopposed MOTION for Protective Order by USA as to RYAN SAMSEL. (Attachments: # 1 Proposed Order)(Russo, April) [1:21−mj−00188−ZMF] (Entered: 06/16/2021) |
| 06/17/2021 | | | MINUTE ORDER: The Court will be closed on June 18, 2021. It is therefore ORDERED that the hearing scheduled for June 18, 2021 is continued to 3:30 p.m. on June 21, 2021 before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge Zia M. Faruqui on June 17, 2021. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/17/2021) |
| 06/20/2021 | 32 | | NOTICE OF ATTORNEY APPEARANCE Danielle Sara Rosborough appearing for USA. (Rosborough, Danielle) [1:21−mj−00188−ZMF] (Entered: 06/20/2021) |
| 06/21/2021 | | | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/21/2021) |
| 06/21/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Assessment of Counsel as to RYAN SAMSEL held on 6/21/2021. Defendant not present for hearing. Oral Motion by the Government for Speedy Trial as to RYAN SAMSEL (1); heard and granted. Speedy Trial Excluded from 6/21/2021 to 6/25/2021 in the Interest of Justice (XT). Ascertainment of Counsel/Status Hearing set for 6/25/2021 at 3:30 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4: [4:05:05−4:16:58]; Defense Attorney: John Pierce; US Attorney: Danielle Rosborough; Pretrial Officer: Andre Sidbury. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/21/2021) |
| 06/24/2021 | 33 | | MOTION to Withdraw as Attorney by Elisabeth K H Pasqualini. by RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(H Pasqualini, Elisabeth) [1:21−mj−00188−ZMF] (Entered: 06/24/2021) |
| 06/24/2021 | | | Set/Reset Hearings as to RYAN SAMSEL:Ascertainment of Counsel set for 6/25/2021 at 2:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/24/2021) |
| 06/25/2021 | 34 | | ORDER granting 33 Motion by Elisabeth K. H. Pasqualini to Withdraw as Counsel for Defendant RYAN SAMSEL; signed by Magistrate Judge Zia M. Faruqui on 6/25/2021. (kk) [1:21−mj−00188−ZMF] (Entered: 06/25/2021) |
| 06/25/2021 | | | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL. (ztl) [1:21−mj−00188−ZMF] (Entered: 06/28/2021) |
| 06/25/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Defendant present by video. Ascertainment of Counsel as to RYAN SAMSEL held on 6/25/2021. Oral Motion by the Government for Speedy Trial as to RYAN SAMSEL (1); heard and granted. Speedy Trial Excluded from 6/25/2021 to 7/1/2021 in the Interest of Justice (XT). Status Hearing set for |

| | | |
|---|---|---|
| | | 7/1/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqi. Status Hearing set for 8/16/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqi. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [2:39:11–3:49:08];Defense Attorney: John Pierce; US Attorney: Danielle Rosborough; Pretrial Officer: Christine Schuck. (ztl) [1:21–mj–00188–ZMF] (Entered: 06/28/2021) |
| 06/29/2021 | 35 | ORDER granting 26 Motion by USA to Seal Exhibits in Support of Government's Memorandum in Opposition to Defendant's Motion to Revoke Detention Order as to RYAN SAMSEL; signed by Magistrate Judge Zia M. Faruqi on 6/29/2021, nunc pro tunc to 6/3/2021. (kk) [1:21–mj–00188–ZMF] (Entered: 06/30/2021) |
| 07/01/2021 | | MINUTE ORDER: In the interest of justice, the defendants removal to the Central Virginia Regional Jail is STAYED. The defendant shall not be transferred from his current place of detention, the Rappahannock Detention Center for 8 days. In that time, the court will continue to work with the parties to locate the best available medical care for the defendant. On or before July 9, the Court will issue further guidance as to the requested transportation of the defendant. Signed by Magistrate Judge Zia M. Faruqi on 7/1/2021. (ztl) [1:21–mj–00188–ZMF] (Entered: 07/01/2021) |
| 07/01/2021 | | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL. (ztl) [1:21–mj–00188–ZMF] (Entered: 07/02/2021) |
| 07/02/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqi: Status Hearing as to RYAN SAMSEL held on 7/2/2021. Defendant present by video. Oral Motion by the Government for Speedy Trial as to RYAN SAMSEL (1); heard and granted. No objection from Defense. Speedy Trial Excluded from 7/1/2021 to 8/16/2021 in the Interest of Justice (XT). Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 4: [1:15:24–1:47:33]; Defense Attorney: John Pierce; US Attorney: April Russo. (ztl) [1:21–mj–00188–ZMF] (Entered: 07/02/2021) |
| 07/02/2021 | 37 | ORDER granting 31 Motion for Protective Order as to RYAN SAMSEL (1). Signed by Magistrate Judge Zia M. Faruqi on 7/2/2021. (ztl) [1:21–mj–00188–ZMF] (Entered: 07/02/2021) |
| 07/08/2021 | 38 | TRANSCRIPT OF PROCEEDINGS, in case as to RYAN SAMSEL, before Magistrate Judge Zia M. Faruqi, held on 6–21–2021. Page Numbers: 1 – 12. Date of Issuance: 7–08–2021. Transcriber: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to |

| | | |
|---|---|---|
| | | redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 7/29/2021. Redacted Transcript Deadline set for 8/8/2021. Release of Transcript Restriction set for 10/6/2021.(Saint−Loth, Elizabeth) [1:21−mj−00188−ZMF] (Entered: 07/08/2021) |
| 07/08/2021 | <u>39</u> | TRANSCRIPT OF PROCEEDINGS, in case as to RYAN SAMSEL, before Magistrate Judge Zia M. Faruqui, held on 6−25−2021. Page Numbers: 1 − 44. Date of Issuance: 7−08−2021. Transcriber: Elizabeth SaintLoth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. **<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. Redaction Request due 7/29/2021. Redacted Transcript Deadline set for 8/8/2021. Release of Transcript Restriction set for 10/6/2021.(Saint−Loth, Elizabeth) [1:21−mj−00188−ZMF] (Entered: 07/08/2021) |
| 07/28/2021 | | MINUTE ORDER: On July 27, 2021, defendant directly contacted chambers. Defendant stated that he would be retaining new counsel. Defense counsel is hereby ORDERED to file a status report no later than August 2, 2021, updating the Court as to whom is representing the defendant. If the defendant has any additional requests as to his health or safety, counsel should include such information in the status report. Signed by Magistrate Judge Zia M. Faruqui on 7/28/2021. (ztl) [1:21−mj−00188−ZMF] (Entered: 07/28/2021) |
| 07/29/2021 | <u>40</u> | Unopposed MOTION for Hearing by RYAN SAMSEL. (Pierce, John) [1:21−mj−00188−ZMF] (Entered: 07/29/2021) |
| 08/02/2021 | | MINUTE ORDER:granting <u>40</u> Motion for Hearing as to RYAN SAMSEL (1). The Court request a representative from the USMS and the jail's medical unit appear at the hearing. Status Hearing set for 8/4/2021 at 11:00 AM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Signed by Magistrate Judge Zia M. Faruqui on 8/2/2021. (ztl) [1:21−mj−00188−ZMF] (Entered: 08/02/2021) |
| 08/02/2021 | | ENTERED IN ERROR...Set/Reset Hearings as to RYAN SAMSEL: Status Hearing set for 8/2/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) Modified on 8/2/2021 (ztl). |

| | | |
|---|---|---|
| | | [1:21−mj−00188−ZMF] (Entered: 08/02/2021) |
| 08/02/2021 | | Set/Reset Hearings as to RYAN SAMSEL: Status Hearing set for 8/5/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:21−mj−00188−ZMF] (Entered: 08/02/2021) |
| 08/02/2021 | 41 | STATUS REPORT by RYAN SAMSEL (Pierce, John) [1:21−mj−00188−ZMF] (Entered: 08/02/2021) |
| 08/05/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui:Status Hearing as to RYAN SAMSEL held on 8/5/2021. Defendant's presence waived, defendant unable to attend due to medical appointments. Status Hearing set for 8/16/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: FTR−Gold; FTR Time Frame: Ctrm 4: [3:07:16−3:35:49]; Defense Attorney: John Pierce; US Attorney: Danielle Rosborough and April Russo. Witnesses: Superintendant Frank Dyer−CVRJ, Medical Supervisor: Mrs. A. Lewis, and Lt. Commander Jaime Hamilton, Assistant Chief USMS Medical Management Branch. (ztl) [1:21−mj−00188−ZMF] (Entered: 08/06/2021) |
| 08/12/2021 | 42 | MOTION to Substitute Attorney by RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) [1:21−mj−00188−ZMF] (Entered: 08/12/2021) |
| 08/12/2021 | 43 | NOTICE OF ATTORNEY APPEARANCE: Juli Zsuzsa Haller appearing for RYAN SAMSEL (Haller, Juli) [1:21−mj−00188−ZMF] (Entered: 08/12/2021) |
| 08/13/2021 | | MINUTE ORDER: Upon review of the Motion for Substitution of Counsel 42 it is hereby ORDERED that a virtual status hearing is scheduled for 3:00 p.m. on August 16, 2021 before Magistrate Judge Zia M. Faruqui. Counsel for the United States, Defendant's current defense attorney, both attorneys now seeking to represent Defendant, and a representative from the USMS and the jail's medical unit shall appear at the hearing. Signed by Magistrate Judge Zia M. Faruqui on 8/13/2021. (ztl) [1:21−mj−00188−ZMF] (Entered: 08/13/2021) |
| 08/14/2021 | 44 | TRANSCRIPT OF PROCEEDINGS, in case as to RYAN SAMSEL, before Magistrate Judge Zia M. Faruqui, held on 7−01−2021. Page Numbers: 1 − 27. Date of Issuance: 8−14−2021. Transcriber: Elizabeth SaintLoth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>NOTICE RE REDACTION OF TRANSCRIPTS: The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Redaction Request due 9/4/2021. Redacted Transcript Deadline set for 9/14/2021. Release of Transcript Restriction set for 11/12/2021.(Saint–Loth, Elizabeth) [1:21–mj–00188–ZMF] (Entered: 08/14/2021) |
| 08/16/2021 |  |  | ORAL MOTION to Withdraw as Attorney by John Pierce. as to RYAN SAMSEL. (ztl) [1:21–mj–00188–ZMF] (Entered: 08/16/2021) |
| 08/16/2021 |  |  | ORAL MOTION to Continue Preliminary Hearing by RYAN SAMSEL. (ztl) [1:21–mj–00188–ZMF] (Entered: 08/16/2021) |
| 08/16/2021 |  |  | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL. (ztl) [1:21–mj–00188–ZMF] (Entered: 08/16/2021) |
| 08/16/2021 |  |  | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Ascertainment of Counsel/Status Hearing as to RYAN SAMSEL held on 8/16/2021. Defendant present by video from CVRJ. Motion 42 to Substitute Attorney as to RYAN SAMSEL (1); granted. Stanley Woodward and Juli Haller substituted as counsel. Oral Motion by Defense to Withdraw as Attorney; heard and granted. John M. Pierce withdrawn from case as to RYAN SAMSEL (1). Oral Motion by Defense to Continue Preliminary Hearing as to RYAN SAMSEL (1); heard and granted. Oral Motion by the Government for Speedy Trial as to RYAN SAMSEL (1); heard and granted. Speedy Trial excluded from 8/16/2021 to 8/31/2021 in the Interest of Justice (XT). Preliminary Hearing set for 8/31/2021 at 3:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: Sara Wick; Defense Attorney: John Pierce, Stanley Woodward, and Juli Haller; US Attorney: April Russo and Danielle Rosborough. Witness: Deidre Lewis, RN (CVRJ) (ztl) [1:21–mj–00188–ZMF] (Entered: 08/16/2021) |
| 08/23/2021 | 45 |  | Unopposed MOTION for Protective Order by USA as to RYAN SAMSEL. (Russo, April) [1:21–mj–00188–ZMF] (Entered: 08/23/2021) |
| 08/25/2021 | 46 |  | INDICTMENT as to RYAN SAMSEL (1) count(s) 1–2, 3–4, 5, 6, 7. (zltp) (Entered: 08/26/2021) |
| 08/27/2021 | 48 |  | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to RYAN SAMSEL (1). Signed by Magistrate Judge Robin M. Meriweather on 8/27/2021. (zpt) (Entered: 08/30/2021) |
| 08/30/2021 |  |  | Minute Order: The Preliminary Hearing currently scheduled for August 31, 2021 before Magistrate Judge Zia M. Faruqui is hereby VACATED, as the Government has formally charged RYAN SAMSEL and there are no additional matters necessitating action by a magistrate judge. As such, this case has been assigned to District Judge Timothy J. Kelly. An Arraignment/Status Hearing is scheduled for September 14, 2021 at 3:00 pm. The parties shall address any request to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge Zia M. Faruqui on 8/30/2021. (ztl) (Entered: 08/30/2021) |
| 08/30/2021 |  |  | Set/Reset Deadlines/Hearings as to RYAN SAMSEL: Arraignment/Status Hearing set for 9/14/2021 at 3:00 PM by Telephonic/VTC before Judge Timothy J. Kelly. (ztl) (Entered: 08/30/2021) |

| 09/11/2021 | 49 | | Emergency MOTION for Medical Treatment *and for Production of Medical Records* by RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 09/11/2021) |
|---|---|---|---|
| 09/14/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment/Status Conference as to RYAN SAMSEL as to Counts 1, 2, 3, 4, 5, 6, and 7 held on 9/14/2021. Defendant appeared by video. Plea of NOT GUILTY entered as to ALL counts. Speedy Trial Excludable (XT) started 9/14/2021 through 9/23/2021, in the interest of justice. Joint Status Report due by 9/20/2021. VTC Status Conference set for 9/23/2021 at 4:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Stanley Edmund Woodward, Jr. and Juli Zsuzsa Haller; US Attorney: April Nicole Russo. (zkh) (Entered: 09/14/2021) |
| 09/20/2021 | 50 | | STATUS REPORT by RYAN SAMSEL (Woodward, Stanley) (Entered: 09/20/2021) |
| 09/20/2021 | 51 | | STATUS REPORT by USA as to RYAN SAMSEL (Rosborough, Danielle) (Entered: 09/20/2021) |
| 09/23/2021 | | | MINUTE ORDER as to RYAN SAMSEL: It is hereby ORDERED that the status conference currently set for September 23, 2021 is VACATED due to the Defendant's unavailability to appear and will be rescheduled promptly. Signed by Judge Timothy J. Kelly on 9/23/21. (lctjk) (Entered: 09/23/2021) |
| 09/23/2021 | 52 | | MOTION for Speedy Trial *and Excludable Delay* by USA as to RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Rosborough, Danielle) (Entered: 09/23/2021) |
| 09/23/2021 | 53 | | MOTION for Status Hearing and Trial Date by USA as to RYAN SAMSEL. (See Docket Entry 52 to view document). (znmw) (Entered: 09/24/2021) |
| 09/28/2021 | | | MINUTE ORDER granting in part, Government's 52 Motion for Speedy Trial and Excusable Delay. It is hereby ORDERED that the Government's 52 Motion is GRANTED in part, insofar as the motion requests a status conference. It is further ORDERED that the parties shall appear via videoconference for a status hearing on October 14, 2021, at 3:00 p.m. It is further ORDERED that the time period from September 23, 2021 to October 14, 2021, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The Court so finds because of: (1) the public health reasons stated in Standing Order No. 21–47: In Re: Updated Status of Court Operations, including Jury Trials, and CARES Act Extension for Remote Proceedings, the findings of which the Court adopts after consideration of the specific circumstances of this case; (2) the government's ongoing production of voluminous discovery that defense counsel has not yet been able to review; and (3) to allow the parties the opportunity to engage in plea negotiations. Signed by Judge Timothy J. Kelly on 9/28/21. (lctjk2) (Entered: 09/28/2021) |
| 10/04/2021 | 54 | | Second STATUS REPORT *re medical records* by RYAN SAMSEL (Woodward, Stanley) (Entered: 10/04/2021) |
| 10/13/2021 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER as to RYAN SAMSEL: Upon consideration of Defendant's 54 Second Medical Status Report, it is hereby ORDERED that the United States shall ensure that a representative from the U.S. Marshals Service with knowledge of the status of the disclosure of Defendant's complete medical records to his counsel attends the upcoming October 14, 2021 videoconference Status Hearing in this matter. Signed by Judge Timothy J. Kelly on 10/13/2021. (lctjk2) (Entered: 10/13/2021) |
| 10/14/2021 | | | NOTICE OF HEARING as to RYAN SAMSEL: The VTC Status Conference currently set for 10/14/2021 is **RESCHEDULED** for 11/9/2021 at 2:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 10/14/2021) |
| 10/14/2021 | 55 | | Third STATUS REPORT *re medical records* by RYAN SAMSEL (Woodward, Stanley) (Entered: 10/14/2021) |
| 10/15/2021 | 56 | | MOTION to Exclude *Time* by USA as to RYAN SAMSEL. (Rosborough, Danielle) (Entered: 10/15/2021) |
| 10/21/2021 | 57 | | STATUS REPORT by USA as to RYAN SAMSEL (Russo, April) (Entered: 10/21/2021) |
| 10/22/2021 | | | MINUTE ORDER as to RYAN SAMSEL: Upon consideration of Defendant's 55 Third Medical Status Report and the Government's 57 Status Report, it is hereby ORDERED that counsel for Defendant and for the Government shall appear for a VTC Status Conference on October 28, 2021, at 10:00 a.m., to discuss the issues raised in Defendant's 55 Third Medical Status Report and the Government's 57 Status Report. It is further ORDERED that counsel for the Government shall ensure that a representative of the U.S. Marshal's Service and a representative from Defendant's current jail attends this Status Conference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 10/22/2021. (lctjk2) (Entered: 10/22/2021) |
| 10/25/2021 | 59 | | RESPONSE by RYAN SAMSEL re 56 MOTION to Exclude *Time* (Woodward, Stanley) (Entered: 10/25/2021) |
| 10/27/2021 | | | NOTICE OF HEARING (**Time Change**) as to RYAN SAMSEL: VTC Status Conference set for 10/28/2021 at **10:30 AM** before Judge Timothy J. Kelly. (zkh) (Entered: 10/27/2021) |
| 10/28/2021 | | | Set/Reset Hearings as to RYAN SAMSEL: VTC Status Conference set for 10/28/2021 at 10:30 AM.(zkh) (Entered: 10/28/2021) |
| 10/28/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to RYAN SAMSEL held on 10/28/2021. Defendant not present. Joint Status Report due by 11/8/2021. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Stanley Edmund Woodward, Jr. and Juli Zsuzsa Haller; US Attorneys: April Nicole Russo and Danielle Sara Rosborough; Witnesses: Captain Luna (NNRJ) and Deputy Derek Haywood (USMS). (zkh) (Entered: 10/28/2021) |
| 10/29/2021 | | | MINUTE ORDER as to RYAN SAMSEL: It is hereby ORDERED that, by November 9, 2021, the Government shall provide Defendant's counsel with all Defendant's medical records pertaining to the medical care he has received |

| | | | |
|---|---|---|---|
| | | | since being detained in this matter. It is further ORDERED that the parties shall file a joint status report by November 8, 2021, updating the Court on Defendant's health and medical care as well as the status of the disclosure of Defendant's medical records. A representative from the U.S. Marshals Service and the facility where Defendant is currently detained shall appear at the status conference currently set for November 9, 2021. Should any party seek to have the Court order any other party to appear at the status conference, including a representative from any facility where Defendant was detained previously, that party may submit a request to the Court at Kelly_Chambers@dcd.uscourts.gov, copying opposing counsel, by November 5, 2021. Signed by Judge Timothy J. Kelly on 10/29/2021. (lctjk2) (Entered: 10/29/2021) |
| 11/08/2021 | 60 | | STATUS REPORT *re medical records* by RYAN SAMSEL (Woodward, Stanley) (Entered: 11/08/2021) |
| 11/09/2021 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to RYAN SAMSEL held on 11/9/2021. Defendant appeared by video. Speedy Trial Excludable (XT) started nunc pro tunc 10/14/2021 through 11/23/2021, in the interest of justice. VTC Status Conference set for 11/23/2021 at 3:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Janice Dickman; Defense Attorneys: Stanley Edmund Woodward, Jr. and Juli Zsuzsa Haller; US Attorneys: April Nicole Russo and Danielle Sara Rosborough; Witnesses: Major Davis (CVRJ), Deidre Lewis (CVRJ Medical Supervisor), Captain Luna (NNRJ), Captain English (NNRJ), and Deputy Derek Haywood (USMS). (zkh) (Entered: 11/09/2021) |
| 11/17/2021 | 61 | | SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1s−2s, 3s, 4s, 5s, 6s, 7s, 8s. (zltp) (Entered: 11/18/2021) |
| 11/19/2021 | | | NOTICE OF HEARING as to RYAN SAMSEL: VTC Arraignment set for 11/23/2021 at 3:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 11/19/2021) |
| 11/22/2021 | 63 | | Unopposed MOTION for Temporary Release by RYAN SAMSEL. (Woodward, Stanley) (Entered: 11/22/2021) |
| 11/23/2021 | | | Minute Entry for video proceedings held before Judge Timothy J. Kelly: Arraignment as to RYAN SAMSEL held on 11/23/2021. Defendant enters a plea of NOT GUILTY to counts 1s, 2s, 3s, 4s, 5s, 6s, 7s and 8s of the Superseding Indictment filed on 11/17/2021. Outstanding motions discussed. 49 Motion for Medical Treatment as to RYAN SAMSEL is DENIED AS MOOT; 52 Motion for Speedy Trial as to RYAN SAMSEL is DENIED AS MOOT; and 56 Motion to Exclude as to RYAN SAMSEL is DENIED AS MOOT. 63 Motion for Temporary Release; heard and the parties need to confer and submit a proposed order to the Court. **VACATED PURSUANT TO MINUTE ORDER FILED 12/17/2021..... ~~Motions schedule set: Defendant's Motion due by 12/17/2021. Response due by 1/14/2022. Reply due by 1/24/2022. Motion Hearing set for 2/2/2022 at 10:00 AM via videoconference before Judge Timothy J. Kelly.~~** Oral motion from government to toll speedy; heard and granted. Speedy trial is excluded (XT) from 11/23/2021 to 12/17/2021 in the interest of justice. Bond Status of Defendant: Remains Committed/Appeared via video; Court Reporter: Timothy Miller |

| | | | |
|---|---|---|---|
| | | | Defense Attorney: Stanley E. Woodward, Jr. & Juli Z. Haller; US Attorney: April N. Russo & Danielle S. Rosborough. (zacr) Modified to vacate pretrial motions schedule on 12/20/2021 (zkh). (Entered: 11/23/2021) |
| 11/23/2021 | 64 | | NOTICE *of Discovery Status* by USA as to RYAN SAMSEL (Attachments: # 1 Exhibit July 12 Status, # 2 Exhibit July 12 Status Ex. A, # 3 Exhibit Status August, # 4 Exhibit Status September, # 5 Exhibit Status October, # 6 Exhibit Status November)(Russo, April) (Entered: 11/23/2021) |
| 11/23/2021 | | | MINUTE ORDER as to RYAN SAMSEL excluding time under the Speedy Trial Act and denying Defendant's 49 Emergency Motion for Order Regarding Medical Treatment and Records, the Government's 52 Motion for Excludable Delay and for Trial Date of January 13, 2022, and the Government's 56 Motion for Excludable Delay. It is hereby ORDERED that the time period from November 23, 2021, to December 17, 2021, is EXCLUDED under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161 *et seq.* The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) both because Defendant has represented he needs until December 17, 2021, to prepare pretrial motions and because this case involves extremely voluminous discovery, *see* ECF No. 64, some of which has not yet been provided to Defendant, and Defendant's counsel only began representing him in mid–August. It is further ORDERED, in light of Defendant's counsel's receipt of most of Defendant's medical records as well as Defendant's pending temporary release to the custody of the Commonwealth of Pennsylvania, that Defendant's 49 Emergency Motion is DENIED WITHOUT PREJUDICE. It is further ORDERED that the Government's 52 56 Motions are DENIED AS MOOT, given the above findings relating to the Speedy Trial Act and the motions schedule agreed to by the parties. Signed by Judge Timothy J. Kelly on 11/23/2021. (lctjk2) (Entered: 11/23/2021) |
| 11/29/2021 | 65 | | ORDER as to RYAN SAMSEL granting 63 Unopposed Motion for Temporary Release. See Order for details. Signed by Judge Timothy J. Kelly on 11/29/2021. (lctjk2) (Entered: 11/29/2021) |
| 12/02/2021 | 66 | | TRANSCRIPT OF PROCEEDINGS in case as to RYAN SAMSEL before Judge Timothy J. Kelly held on November 9, 2021; Page Numbers: 1–58. Date of Issuance: December 2, 2021. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court r eporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 12/23/2021. Redacted Transcript Deadline set for 1/2/2022. Release of Transcript Restriction set for 3/2/2022.(Dickman, Janice) (Entered: 12/02/2021) |
| 12/03/2021 | 67 | | TRANSCRIPT OF ARRAIGNMENT & STATUS CONFERENCE in case as to RYAN SAMSEL before Judge Timothy J. Kelly held on 9–14–21; Page Numbers: 1–28; Date of Issuance: 12–3–21; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/24/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022.(Miller, Timothy) (Entered: 12/03/2021) |
| 12/03/2021 | 68 | | TRANSCRIPT OF STATUS CONFERENCE in case as to RYAN SAMSEL before Judge Timothy J. Kelly held on 10–28–21; Page Numbers: 1–36; Date of Issuance: 12–3–21; Court Reporter: Timothy R. Miller, Telephone Number (202) 354–3111. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporte r referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/24/2021. Redacted Transcript Deadline set for 1/3/2022. Release of Transcript Restriction set for 3/3/2022.(Miller, Timothy) (Entered: 12/03/2021) |
| 12/15/2021 | 69 | | SECOND SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1ss–2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 10ss, JAMES TATE GRANT (2) count(s) 1, 3, 5, 6, 7, 8, 9, 10. (zltp) (Entered: 12/16/2021) |

| 12/17/2021 | 71 | | MOTION to set Status Conference by RYAN SAMSEL as to RYAN SAMSEL, JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified event type on 12/21/2021 (zltp). (Entered: 12/17/2021) |
|---|---|---|---|
| 12/17/2021 | 72 | | **ENTERED IN ERROR.....** ORDER granting Unopposed Motion for Protective Order as to JAMES TATE GRANT (2). *See* ECF No. 15, 1:21–mj–00618–RMM. See Order for details. Signed by Judge Timothy J. Kelly on 12/17/2021. (lctjk2) Modified to remove order from both cases on 12/20/2021 (zkh). (Entered: 12/17/2021) |
| 12/17/2021 | | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2) granting in part the 71 Consent Motion to Set Status Hearing and Continue Motions Deadlines. It is hereby ORDERED, for good cause shown, that the 71 Consent Motion is GRANTED IN PART in that the pretrial motions schedule set during the November 23, 2021 status conference, *see* Minute Entry of November 23, 2021, is VACATED. The parties shall confer and file a joint status report by December 21, 2021, proposing a new pretrial motions schedule and three possible dates and times for a hearing on the motions. It is further ORDERED that the Government and Defendant Ryan Samsel (1) shall file a separate joint status report by December 21, 2021, stating their respective positions as to whether the time between December 17, 2021, and their proposed date for motions to be filed is excludable under the Speedy Trial Act as to Defendant Ryan Samsel (1). Signed by Judge Timothy J. Kelly on 12/17/2021. (lctjk2) (Entered: 12/17/2021) |
| 12/21/2021 | 74 | | NOTICE OF ATTORNEY APPEARANCE Christopher Amore appearing for USA. (Amore, Christopher) (Entered: 12/21/2021) |
| 12/21/2021 | 75 | | Joint STATUS REPORT by USA as to RYAN SAMSEL, JAMES TATE GRANT (Russo, April) (Entered: 12/21/2021) |
| 12/21/2021 | 76 | | MOTION for Speedy Trial *Exclusion of Time* by USA as to RYAN SAMSEL, JAMES TATE GRANT. (Russo, April) Modified on 1/28/2022 (zgdf). (Entered: 12/21/2021) |
| 12/22/2021 | | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for a VTC Arraignment and Status Conference on January 4, 2022, at 2:00 p.m. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 12/22/2021. (lctjk2) (Entered: 12/22/2021) |
| 12/23/2021 | | | NOTICE OF HEARING as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): The VTC Arraignment/Status Conference currently set for 1/4/2022 is **RESCHEDULED** for 1/3/2022 at 2:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 12/23/2021) |
| 12/29/2021 | 78 | | NOTICE OF ATTORNEY APPEARANCE Hava Arin Levenson Mirell appearing for USA. (Mirell, Hava) (Entered: 12/29/2021) |
| 01/03/2022 | | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): Due to inclement weather, the Court is closed today, Monday, January 3, 2022. Thus, the VTC Arraignment and Status Conference currently scheduled for today at 2 p.m. is hereby VACATED and will be rescheduled promptly. |

| | | | |
|---|---|---|---|
| | | | Signed by Judge Timothy J. Kelly on 01/03/2022. (lctjk2) (Entered: 01/03/2022) |
| 01/07/2022 | | | **ENTERED IN ERROR.....** MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for a status conference on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) Modified to delete entry on 1/7/2022 (zkh). (Entered: 01/07/2022) |
| 01/07/2022 | | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for an arraignment and status conference on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) (Entered: 01/07/2022) |
| 01/12/2022 | 79 | | NOTICE by USA as to RYAN SAMSEL, JAMES TATE GRANT (Russo, April) (Entered: 01/12/2022) |
| 01/13/2022 | | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to RYAN SAMSEL (1) held on 1/13/2022. Case also called for Arraignment, but not held. Defendant appeared by video. Speedy Trial Excludable (XT) started 12/17/2021 through 1/27/2022, in the interest of justice, as to RYAN SAMSEL (1). VTC Status Conference set for 1/27/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorneys: Stanley Edmund Woodward, Jr. and Juli Zsuzsa Haller; US Attorneys: April Nicole Russo, Danielle Sara Rosborough, Christopher Amore, and Hava Arin Levenson Mirell. (zkh) (Entered: 01/13/2022) |
| 01/13/2022 | 80 | | THIRD SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1sss, 2sss, 3sss, 5sss, 6sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, JAMES TATE GRANT (2) count(s) 1s, 2s, 3s, 5s, 6s, 7s, 8s, 9s, 10s, 13s, 14s, PAUL RUSSELL JOHNSON (3) count(s) 1, 2, 3, 5, 6, 7, 8, 9, 10, STEPHEN CHASE RANDOLPH (4) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, JASON BENJAMIN BLYTHE (5) count(s) 1, 2, 3, 5, 6, 7, 8, 9, 10. (zltp) (Entered: 01/14/2022) |
| 01/13/2022 | 82 | | MOTION to Seal Case by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 01/14/2022) |
| 01/13/2022 | 83 | | ORDER granting 82 Motion to Seal Case as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Signed by Magistrate Judge G. Michael Harvey on 1/13/2022. (zltp) (Entered: 01/14/2022) |
| 01/18/2022 | 87 | | Case as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5) directly reassigned to Judge Jia M. Cobb. Judge Timothy J. Kelly is no longer assigned to the case. (ztnr) (Entered: 01/19/2022) |

| 01/19/2022 | 88 | | ENTERED IN ERROR.....NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN SAMSEL (Russo, April) Modified on 1/20/2022 (zstd). (Entered: 01/19/2022) |
| --- | --- | --- | --- |
| 01/19/2022 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to RYAN SAMSEL re 88 Notice of Withdrawal of Appearance by Assistant U.S. Attorney was entered in error and counsel was instructed to refile said pleading. The document has the wrong defendant. (zstd) (Entered: 01/20/2022) |
| 01/20/2022 | 89 | | NOTICE OF ATTORNEY APPEARANCE Robert Craig Juman appearing for USA. (Juman, Robert) (Entered: 01/20/2022) |
| 01/24/2022 | | | Case unsealed as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5) (bb) (Entered: 01/24/2022) |
| 01/27/2022 | | | Minute Entry for VTC Arraignment before Judge Jia M. Cobb held on 1/27/22 as to RYAN SAMSEL (1) on Counts 1sss−3sss and 5sss−12sss; JAMES TATE GRANT (2) on Counts 1s−3s,5s−10s and 13s−14s, and STEPHEN CHASE RANDOLPH (4) on Counts 1−10. Plea of Not Guilty entered by RYAN SAMSEL (1) on Counts 1sss−3sss and 5sss−12sss; JAMES TATE GRANT (2) on Counts 1s−3s,5s−10s and 13s−14s, and STEPHEN CHASE RANDOLPH (4) on Counts 1−10. Speedy Trial Excludable (XT) started 1/27/22 until 3/17/22, in the interest of justice and for the reasons stated on the record. Government's production of discovery by 2/24/2022. Government should file notice of discovery production. Status Conference set for 2/28/2022 at 2:30 PM in VTC before Judge Jia M. Cobb. Bond Status of Defendants: (1)Ryan Samsel−remains incarcerated/appeared via telephone; (2) James Grant−remains incarcerated/appeared via video; (4) Stephen Randolph−remains on PR bond/appeared via video; Court Reporter: Lisa Bankins; Defense Attorneys: (1)−Stanley Woodward and Juli Haller; (2)−Peter Cooper; (4)− Angela Halim; US Attorneys: Hava L. Mirell and Christopher Amore; (zgdf) Modified on 1/27/2022, to make a correction. (zgdf). (Entered: 01/27/2022) |
| 01/28/2022 | | | MINUTE ORDER as to PAUL RUSSELL JOHNSON (3), denying as moot 93 Motion to Sever Defendant: Pursuant to the Government and Defendant Johnsons agreement on the record at the VTC Arraignment/Status Conference held January 27, 2022, the Court ORDERS that the Motion to Sever is DENIED without prejudice as moot. Signed by Judge Jia M. Cobb on 1/28/22. (zgdf) (Entered: 01/28/2022) |
| 01/31/2022 | 101 | | NOTICE OF WITHDRAWAL OF APPEARANCE *of April Russo and Danielle Rosborough* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Russo, April) (Entered: 01/31/2022) |
| 02/11/2022 | 106 | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Juman, Robert) (Entered: 02/11/2022) |
| 02/24/2022 | 115 | | NOTICE *of Filing Discovery Correspondence* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | 2/24/22 Discovery Letter)(Mirell, Hava) (Entered: 02/24/2022) |
| 02/25/2022 | 116 | | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 02/25/2022) |
| 03/04/2022 | 119 | | ORDER as to RYAN SAMSEL (1), directing the United States Marshals Service to transfer the defendant forthwith. (See order for detail). Signed by Judge Jia M. Cobb on 3/4/22. (zgdf) (Entered: 03/04/2022) |
| 03/10/2022 | | | NOTICE OF HEARING as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5): The Status Conference scheduled for 2/28/22 was vacated. New Status Conference set for 3/29/2022 at 2:00 PM before Judge Jia M. Cobb via Zoom. The Court's Deputy Clerk will provide the information necessary to access the conference. (zgdf) (Entered: 03/10/2022) |
| 03/17/2022 | | | Set/Reset Hearings as to RYAN SAMSEL:Return on Arrest Warrant set for 3/17/2022 at 3:30 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. (ztl) (Entered: 03/17/2022) |
| 03/17/2022 | | | ORAL MOTION for Speedy Trial by USA as to RYAN SAMSEL(1). (bb) (Entered: 03/18/2022) |
| 03/17/2022 | | | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: VTC Return on an Arrest Warrant as to RYAN SAMSEL(1) held on 3/17/2022. Defendant not present by video. Defendant's presence was waived by defense counsel. Oral Motion by the Government for Speedy Trial waiver as to RYAN SAMSEL (1); heard and denied. Status Hearing set for 3/29/2022 at 2:00 PM by Telephonic/VTC before Judge Jia M. Cobb. Bond Status of Defendant: Defendant held without bond; Court Reporter: FTR Gold; FTR Time Frame: Ctrm 7 [4:11:14–4:23:06], Defense Attorney: Julia Haller and Stanley E. Woodward; U.S. Attorney: Frederick Yette for Hava L. Mirell, Robert Juman and Karen Rochlin; Pretrial Officer: Da'Shanta Valentine–Lewis. (bb) (Entered: 03/18/2022) |
| 03/21/2022 | 131 | | MOTION for *Excludable Delay* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Rochlin, Karen) Modified event title and text on 3/22/2022 (zstd). (Entered: 03/21/2022) |
| 03/25/2022 | 135 | | NOTICE OF ATTORNEY APPEARANCE Jacqueline N. Schesnol appearing for USA. (Schesnol, Jacqueline) (Entered: 03/25/2022) |
| 03/29/2022 | 137 | | RESPONSE by RYAN SAMSEL re 131 MOTION to Exclude (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 03/29/2022) |
| 03/29/2022 | | | Minute Entry for Video Status Conference held before Judge Jia M. Cobb on 3/29/2022 as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4) and JASON BENJAMINE BLYTHE(5). Speedy Trial Excludable (XT) started 3/29/2022 until 5/3/2022 as to all defendants, in the interest of justice. The Court directs the parties to meet and confer and report to the Clerk two potential trial dates. **Detention hearing set for 5/3/2022 at 1:00 PM, via Zoom as to Ryan Samsel(1).** Defendant Ryan Samsel's(1) Detention Motion is due 4/1/2022 |

| | | | |
|---|---|---|---|
| | | | with Government's Response due 4/15/2022 and Defendant's Reply due 4/22/2022. **Status Conference set for 5/3/2022 at 2:00 PM before Judge Jia M. Cobb, via Zoom as to all defendants**. Oral Motion heard and GRANTED as to Jason Blythe(5) approving Mr. Blythe's relocation to a new residence and ORDERING him to provide his new address to Pretrial Services. Oral ORDER denying as MOOT Government's 131 Motion for Excludable Delay. Bond Status of Defendants: Remains Incarcerated–(1) Ryan Samsel and (2) James Tate Grant. Defendants Continued on Personal Recognizance Bond–(3) Paul Russell Johnson, (4) Stephen Chase Randolph, and (5) Jason Benjamine Blythe. US Attorneys: Karen Rochlin and Jacqueline Schesnol. Defense Attorneys: (1) Stanley Woodward, Jr. and Juli Haller; (2) Peter Cooper; (3) Kobie Flowers and Monica Basche;(4) Angela Halim;(5) Stephen Brennwald. Court Reporter: Lisa Griffith. (gdf) (Entered: 03/29/2022) |
| 03/29/2022 | | | Set/Reset Deadlines/Hearings as to RYAN SAMSEL: Motions due by 4/1/2022. Responses due by 4/15/2022 Replies due by 4/22/2022. Detention Hearing set for 5/3/2022 at 1:00 PM in Telephonic/VTC before Judge Jia M. Cobb. (gdf) (Entered: 03/29/2022) |
| 04/01/2022 | 142 | | MOTION to Revoke *Pretrial Detention Order* by RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 04/01/2022) |
| 04/01/2022 | 143 | | MOTION to Review by RYAN SAMSEL. (See docket entry 142 to view document.) (zstd) (Entered: 04/04/2022) |
| 04/04/2022 | | | NOTICE OF ERROR re 1 Complaint (Sealed); emailed to stanley@brandwoodwardlaw.com, cc'd –1 associated attorneys –– The PDF file you docketed contained errors: 1. **Notice of Corrected Docket Entry:** Your entry has been modified as a courtesy. Please note the appropriate reminders for future filings; do not refile document, 2. Two–part document; second docket entry is required (Dorsett, Shedelle) (Entered: 04/04/2022) |
| 04/11/2022 | 146 | | MOTION to disclose 6e and sealed materials by USA as to RYAN SAMSEL. (Schesnol, Jacqueline) Modified event title on 4/12/2022 (zstd). (Entered: 04/11/2022) |
| 04/15/2022 | | | MINUTE ORDER re 146 Motion to Disclose by USA as to RYAN SAMSEL (1): The Court has reviewed the Government's Motion and directs Defendant Samsel to file any opposition to the Motion by April 22, 2022. Signed by Judge Jia M. Cobb on 4/15/22. (zgdf) (Entered: 04/15/2022) |
| 04/15/2022 | 147 | | RESPONSE by USA as to RYAN SAMSEL re 143 MOTION to Review, 142 MOTION to Revoke *Pretrial Detention Order* (Attachments: # 1 Exhibit)(Rochlin, Karen) (Entered: 04/15/2022) |
| 04/22/2022 | 148 | | RESPONSE by RYAN SAMSEL re 146 MOTION for Disclosure (Woodward, Stanley) (Entered: 04/22/2022) |
| 04/22/2022 | 149 | | REPLY in Support by RYAN SAMSEL re 142 MOTION to Revoke *Pretrial Detention Order* (Woodward, Stanley) (Entered: 04/22/2022) |
| 04/26/2022 | 150 | | SUPPLEMENT by RYAN SAMSEL re 143 MOTION to Review (Attachments: # 1 Exhibit)(Woodward, Stanley) (Entered: 04/26/2022) |
| 04/27/2022 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER re <u>150</u> SUPPLEMENT by RYAN SAMSEL (1): The Court has reviewed Mr. Samsel's Supplement to his <u>142</u> Motion for Review and Revocation of Detention Order. The Court ORDERS that, if the information in the Supplement affects the Government's position on Samsels Motion, it shall file a notice informing the Court of any change in its position by April 29, 2022. The Court further ORDERS that, during the Detention Hearing previously scheduled for May 3, 2022, at 1:00 PM, the Parties should be prepared to discuss (1) whether a medical transfer to a tertiary research center is possible for Samsel as a pretrial detainee, and (2) the proposed plan for Samsels medical treatment if the Court were to order him released from USP Lewisburg to home confinement, as well as the proposed details of any such home confinement. Signed by Judge Jia M. Cobb on 04/27/2022. (smc) (Entered: 04/27/2022) |
| 04/27/2022 | | | MINUTE ORDER re <u>142</u> MOTION to Revoke Pretrial Detention Order by RYAN SAMSEL (1): To aid the Court's consideration of Defendant Samsel's Motion, the Court ORDERS that a representative from D.C. Pretrial Services attend the Detention Hearing scheduled for May 3, 2022, at 1:00 PM, via Zoom. Signed by Judge Jia M. Cobb on 04/27/2022. (smc) (Entered: 04/27/2022) |
| 04/29/2022 | <u>151</u> | | RESPONSE by USA as to RYAN SAMSEL *re <u>150</u> Supplement* (Attachments: # <u>1</u> Exhibit Declaration, # <u>2</u> Exhibit Message)(Rochlin, Karen) Modified to add link and text on 4/29/2022 (zstd). (Entered: 04/29/2022) |
| 05/02/2022 | <u>152</u> | | ORDER as to RYAN SAMSEL (1), granting <u>146</u> MOTION to disclose 6e and sealed materials. See Order for details. Signed by Judge Jia M. Cobb on 5/2/2022. (zsmc) (Entered: 05/02/2022) |
| 05/03/2022 | <u>153</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Amore, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>154</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Juman, Robert) (Entered: 05/03/2022) |
| 05/03/2022 | | | Minute Entry for Video Motion Hearing as to RYAN SAMSEL (1) before Judge Jia M. Cobb on 5/3/2022 re <u>142</u> MOTION to Revoke *Pretrial Detention Order* held and continued to 5/5/2022 at 02:00 PM, via Zoom. Bond Status of Defendant: Remains Incarcerated/Appeared by Video. US Attorneys: Karen Rochlin and Jacqueline Schesnol. Defense Attorneys: Stanley Woodward Jr. and Juli Haller. Pretrial Officer: Masharia Holman. Court Reporter: Lisa Bankins. (zsmc) (Entered: 05/03/2022) |
| 05/03/2022 | | | Minute Entry for Video Status Conference held on 5/3/2022 before Judge Jia M. Cobb as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Speedy Trial Excludable (XT) started 5/3/2022 until 3/6/2023 as to all defendants, in the interest of justice. A further Status Conference is set for 7/7/2022 at 2:00 PM, via Zoom. **Oral ruling on the Motion to Suppress for PAUL RUSSELL JOHNSON (3) is set for** |

| | | |
|---|---|---|
| | | **5/18/2022 at 2:00 PM, via Zoom.** Motions in Limine due by 1/30/2023. Responses due by 2/9/2023. Replies due by 2/16/2023. Joint Pretrial Statements due by 2/14/2023. Pretrial Conference set for 2/24/2023 at 10:30 AM in Courtroom 21. Jury Trial is set for 3/6/2023 at 10:00 AM in Courtroom 21. A Scheduling Order coming forthwith from Chambers. Bond Status of Defendants: Remains Incarcerated–(1) Ryan Samsel and (2) James Tate Grant. Defendants Continued on Personal Recognizance Bond–(3) Paul Russell Johnson, (4) Stephen Chase Randolph, and (5) Jason Benjamine Blythe. US Attorneys: Karen Rochlin and Jacqueline Schesnol. Defense Attorneys: (1) Stanley Woodward, Jr. and Juli Haller; (2) Peter Cooper; (3) Kobie Flowers and Monica Basche;(4) Angela Halim;(5) Stephen Brennwald. Court Reporter: Lisa Bankins. (smc) (Entered: 05/03/2022) |
| 05/05/2022 | | NOTICE OF HEARING as to RYAN SAMSEL: Motion Hearing rescheduled 5/5/22 at 3:00 PM before Judge Jia M. Cobb via Zoom. (zgdf) (Entered: 05/05/2022) |
| 05/05/2022 | | Minute Entry for Video Motion Hearing held on 5/5/2022 before Judge Jia M. Cobb as to RYAN SAMSEL (1) re 142 MOTION to Revoke *Pretrial Detention Order*. Motion taken under advisement. Status Conference set for 5/11/2022 at 2:00 PM, via Zoom. Bond Status of Defendant: Remains Incarcerated/Appeared by Video. US Attorney: Karen Rochlin. Defense Attorneys: Stanley Woodward Jr. and Juli Haller. Government's Witness: Dr. Andrew Edinger. Pretrial Officer: Masharia Holman. Court Reporter: Lisa Griffith. (smc) (Entered: 05/06/2022) |
| 05/10/2022 | | MINUTE ORDER as to RYAN SAMSEL (1): The Court ORDERS that the Status Conference previously scheduled for May 11th, 2022, at 2:00 PM via Zoom, is VACATED. In lieu of that conference, the Court directs that, by May 13th, 2022, the Parties will file either (1) a proposed order regarding Defendant Samsel's transfer to a tertiary research center, to the extent any such order is needed to facilitate the transfer; or (2) a joint status report, or separate status reports, updating the Court on the status of the transfer. Signed by Judge Jia M. Cobb on 05/10/2022. (smc) (Entered: 05/10/2022) |
| 05/10/2022 | 155 | PRETRIAL ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4) and JASON BENJAMIN BLYTHE (5): Pretrial Conference set for February 24, 2023 at 10:30 a.m. Jury Trial set for March 6, 2023 at 9:00 a.m. See Order for schedule, procedural details, and other requirements. As stated on the record during the status conference held May 5, 2022, the Court directs the Parties to meet and confer regarding the schedule for briefing any pretrial motions (aside from motions in limine) in advance of the status conference scheduled for July 7, 2022. Furthermore, the Court reiterates that it remains available for an earlier trial of this case; the Parties may notify the Court if at any point their schedules change, such that commencing trial prior to March 6, 2023, becomes possible. Signed by Judge Jia M. Cobb on 5/10/2022. (smc) (Entered: 05/11/2022) |
| 05/13/2022 | 156 | STATUS REPORT by USA as to RYAN SAMSEL (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: 05/13/2022) |
| 05/13/2022 | 158 | STATUS REPORT *Redacted* by RYAN SAMSEL (Attachments: # 1 Exhibit A)(Woodward, Stanley) (Entered: 05/13/2022) |

| 05/16/2022 | | | MINUTE ORDER granting 157 Sealed Motion for Leave to File Document Under Sealas to RYAN SAMSEL (1). Upon consideration of the Motion, and for the reasons stated therein, the Court ORDERS that the Motion is GRANTED. Defendant Samsel's status report shall remain under seal. (This document is SEALED and only available to authorized persons). Signed by Judge Jia M. Cobb on 5/16/22. (zgdf) (Entered: 05/16/2022) |
|---|---|---|---|
| 05/17/2022 | 159 | | ORDER as to RYAN SAMSEL (1), directing transfer for purpose of medical evaluation at tertiary research center: See Order for details. The Court further notes that, by minute order on May 10, 2022, the Court ordered counsel for the Government and Defendant Samsel to file proposed orders and/or status reports regarding Mr. Samsel's transfer to a tertiary research center for medical evaluation. In response to that order, the Government filed a status report and proposed order regarding the transfer, ECF 156, and Mr. Samsel filed a status report but no proposed order regarding the transfer, ECF 158. Nonetheless, in his report, Mr. Samsel lodged several objections to the Government's report and proposed order, namely, that it did not specify (1) which center Mr. Samsel would be transferred to, (2) when the transfer would occur, and (3) whether the Government "could even facilitate the provision of care." ECF 158 at 1 (emphasis omitted). The Court's Order addresses those concerns by recommending that the evaluation occur at the University of Pennsylvania Medical Center, to the extent feasible; and by ordering that the transfer and evaluation occur within fourteen days, which timeframe could only for good cause shown. As to (3), the Court understands the Government's report and proposed order to represent that it can in fact facilitate Mr. Samsel's transfer and evaluation at a tertiary research center. The Court further ORDERS that, by June 1, 2022, the Parties will file a joint status report, or separate status reports, apprising the Court of the status and/or results of the transfer and medical evaluation. Signed by Judge Jia M. Cobb on 5/17/2022. (zgdf) (Entered: 05/17/2022) |
| 05/18/2022 | 161 | | ORDER as to RYAN SAMSEL (1), denying 142 Motion to Revoke Pretrial Detention Order, and 143 Motion for Review. See Order for details. Signed by Judge Jia M. Cobb on 5/18/22. (zgdf) (Entered: 05/18/2022) |
| 05/23/2022 | | | MINUTE ORDER as to RYAN SAMSEL (1) re 162 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL. The Court has reviewed Defendant Samsel's Motion requesting that the Court stay his transfer from USP Lewisburg. The Court ORDERS the Parties to appear for a Status Conference today, May 23, 2022, at 3:30 PM. The conference will be on the record and conducted via telephone. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on 5/23/22. (zgdf) (Entered: 05/23/2022) |
| 05/27/2022 | 164 | | MOTION for Extension of Time to *Comply With Order For Independent Medical Evaluation* by USA as to RYAN SAMSEL. (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: 05/27/2022) |
| 05/31/2022 | 165 | | ORDER granting 164 MOTION for Extension of Time to Comply with Order for Independent Medical Evaluation by USA as to RYAN SAMSEL: See Order for details. The Court concludes that there is good cause to grant the two−week extension over Defendant Samsel's objection because it has not yet been possible to accomplish Mr. Samsel's medical evaluation because he has |

| | | | |
|---|---|---|---|
| | | | been in Covid quarantine. That quarantine has occupied much of the initial two−week period allotted for the evaluation, which period had been set to expire today, and the Court understands that the quarantine will not end until today, May 31, at the earliest. Further, the Court notes that it has amended the provision of the Government's proposed order providing three days' notice of Mr. Samsel's transfer to defense counsel. The United States Marshals Service (USMS) contacted the Court to inform it that USMS safety protocols are against providing advance notice of a defendants transfer, and the Court does not deem it appropriate to deviate from that policy here, particularly in light of the Government's representations in its Motion. Accordingly, the Court vacates that portion of its earlier <u>159</u> Order requiring three days' notice to defense counsel before Mr. Samsel's transfer, and instead directs USMS to provide the Court with advance notice of the details of any transfer. Signed by Judge Jia M. Cobb on 5/31/22. (zgdf) (Entered: 05/31/2022) |
| 06/01/2022 | | | Terminate Deadlines and Hearings as to RYAN SAMSEL: (zgdf) (Entered: 06/01/2022) |
| 06/01/2022 | <u>166</u> | | NOTICE OF APPEAL (Interlocutory) by RYAN SAMSEL re <u>161</u> Order on Motion to Revoke, Order on Motion for Review. Filing fee $ 505, receipt number ADCDC−9276329. Fee Status: Fee Paid. Parties have been notified. (Woodward, Stanley) (Entered: 06/01/2022) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA ) 
                        )
        vs.             )      Criminal No.
                        )
                        )

## NOTICE OF APPEAL

Name and address of appellant:

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

      I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| June 1, 2022 | Ryan Samsel |
|---|---|
| DATE | APPELLANT |
| | Stanley E. Woodward Jr. |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES | NO |
| Has counsel ordered transcripts? | YES | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 21-537 (JMC) |
| RYAN SAMSEL, *ET AL.*, | |
| Defendants. | |

**ORDER**

Before the Court is Defendant Ryan Samsel's Motion for Review and Revocation of Detention Order, ECF 142 & 143, which the Government opposes. In addition to reviewing the Parties' briefing, the Court heard argument on the motion on May 3 and 5, 2022. Having considered those arguments, the evidence presented, the factors outlined in 18 U.S.C. § 3142(g), and the possible release conditions in 18 U.S.C. § 3142(c), the Court concludes that no condition or combination of conditions will reasonably assure Mr. Samsel's appearance as required and the safety of any other person and the community. The Court therefore denies Mr. Samsel's motion.

Regarding the nature and circumstances of the offense, 18 U.S.C. § 3142(g)(1), Mr. Samsel is charged with serious felony offenses that allegedly caused the injury of a law-enforcement officer. *See United States v. Chrestman*, 525 F. Supp. 3d 14, 25-27 (D.D.C. 2021). As to the weight of the evidence against Mr. Samsel, 18 U.S.C. § 3142(g)(2), the Government purports to have video and photographic evidence implicating Mr. Samsel, and Mr. Samsel's motion does not contest that point so much as he argues—leaning heavily on out-of-Circuit caselaw—that the Court should accord that factor little weight. *See* ECF 142 at 20-21. Thus, the Court cannot find that either of those factors cuts in Mr. Samsel's favor.

1

That said, it is the Court's consideration of Mr. Samsel's history that leads it to conclude that pretrial detention remains appropriate. *See* 18 U.S.C. § 3142(g)(3) (enumerating a person's "history and characteristics," including criminal history, *see id.* § 3142(g)(3)(A), as factors to be considered). According to the information provided to the Court, *see* ECF 6 & 147-1, Mr. Samsel has nine prior convictions, most of which appear to have involved assaultive conduct and/or "terroristic threats" of some kind. It also appears that Mr. Samsel's most recent assault conviction prior to January 6, 2021, came in February 2017, and that he was released from state custody on that conviction in April 2019, less than two years before the events at issue in this case. ECF 6 at 4-5.

Moreover, the information before the Court indicates that nearly all of Mr. Samsel's arrests and convictions occurred while he was still on supervision for previous convictions. *Id.* at 3-7. Indeed, Mr. Samsel was on supervision at the time of the conduct alleged in this case on January 6, 2021. *Id.* at 4 (stating that FBI records reflect that Mr. Samsel was on supervision between April 2011 and February 2022). On top of that, there is an outstanding warrant against Mr. Samsel from the State of New Jersey, also stemming from alleged assaultive conduct, and Mr. Samsel was wanted on that warrant on January 6. Section 3142(g)(3)(B) requires the Court to take into account "whether, at the time of the current offense or arrest, the person was on probation, parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law." In light of this history, the Court has serious reservations about whether Mr. Samsel would comply with any condition or combination of conditions of release, such that it could reasonably assure Mr. Samsel's appearance as required and the safety of the community. And the possibility of home confinement, even with constant electronic monitoring, does not sufficiently address the Court's concerns, particularly because at least some of Mr.

Samsel's assault convictions were domestic offenses that stemmed from conduct that occurred while at home.

As discussed during the hearings on May 3 and 5, the Court also considers Mr. Samsel's physical condition in conducting the analysis under 18 U.S.C. § 3142(g)(3)(A). The Court takes Mr. Samsel's claims regarding his medical issues with the utmost seriousness, which is why it has ordered that the Bureau of Prisons and the United States Marshals Service facilitate his transfer to a tertiary research center to undergo an independent medical evaluation within the next two weeks. ECF 159. The Court has ordered that the evaluation should entail "a comprehensive physical assessment of Mr. Samsel" to identify "what if any procedures he requires and whether or not any procedure is elective or required on an urgent basis." *Id.* at 1. The Government has represented to the Court that it can facilitate such a transfer and evaluation, which obviates the need to release Mr. Samsel to obtain such an assessment at this time. If the evaluation reveals that Mr. Samsel requires urgent treatment that cannot be provided while he remains in federal custody, then Mr. Samsel may renew his motion based on the findings and/or recommendations from the evaluation.

Accordingly, for those reasons, as well as others stated on the record during the May 5 hearing on Mr. Samsel's motion, the Court **ORDERS** that the motion, ECF 142 & 143, is **DENIED**.

    **SO ORDERED.**

    DATE: May 18, 2022

                    Jia M. Cobb
                   U.S. District Court Judge