UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SAMSEL, et al.,<br><br>Defendants. | Case No. 1:21-cr-00537-JMC |

**GOVERNMENT'S REPORT PURSUANT TO THE COURT'S
MINUTE ORDER OF JUNE 3, 2022**

The United States of America respectfully provides the following report pursuant to this Court's Minute Order of June 3, 2022:

On June 14, 2022, at 4:51 p.m., Bureau of Prisons (BOP) Regional Counsel informed the undersigned that the BOP had requested its contract medical scheduler to expedite the defendant's appointment and the BOP is still waiting for the appointment date.

Additionally, and to avoid repetition, the United States incorporates by reference the information in Paragraphs 2-11 of its Second Motion To Extend Deadline For Evaluation, ECF 171:2-4, which described the status of efforts to arrange for the defendant's evaluation through June 10, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   *s/Karen Rochlin*
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
99 N.E. 4th Street

Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov