UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**RYAN SAMSEL, et al.,**<br><br>  Defendants. | Case No. 1:21-cr-00537-JMC |

**GOVERNMENT'S UPDATED STATUS REPORT**

 The United States of America respectfully seeks to provide the Court with the following report to address this Court's recent order, ECF 174, and to update a June 13, 2022 Status Report, ECF 173:

 On June 15, 2022, this Court issued an Order To Show Cause, ECF 174, directing the Federal Detention Center (FDC) in Philadelphia, Pennsylvania to make defendant Ryan Samsel available for a video or telephone conference with his counsel during specified times on either June 16, 2022 or June 17, 2022.  Counsel for the FDC has confirmed and informed the prosecution that the conference with defense counsel occurred on June 16, 2022 at 1:00 p.m., within the time specified in this Court's order.

 In its June 13, 2022 Status Report, the United States advised regarding this Court's order for a medical evaluation of the defendant that "the [Bureau of Prisons] BOP had requested its contract medical scheduler to expedite the defendant's appointment and the BOP is still waiting for the appointment date." ECF 173.  The United States is now able to inform the Court that the

evaluation with a vascular surgeon has been scheduled.

          Respectfully submitted,

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar Number 481052

By:   *s/Karen Rochlin*
       Karen Rochlin
       Assistant United States Attorney Detailee
       DC Bar No. 394447
       99 N.E. 4th Street
       Miami, Florida 33132
       (786) 972-9045
       Karen.Rochlin@usdoj.gov