# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SAMSEL, *ET AL.*,<br><br>Defendants. | Criminal Action No. 21-537 (JMC) |

## ORDER TO SHOW CAUSE

For the reasons stated on the record during the status conference held today, June 17, 2022, it is hereby

**ORDERED** that the Federal Detention Center in Philadelphia, Pennsylvania (FDC Philadelphia), make Defendant Ryan Samsel available for a video or telephone conference with his attorneys in this case, Stanley Woodward and Juli Haller, within the following time frame:

- Any time after 1:00 PM on Monday, June 20, 2022; or
- Any time on Tuesday, June 21, 2022; and

**ORDERED** that FDC Philadelphia afford Mr. Samsel at least one hour for this conference with his attorneys. It is further

**ORDERED** that, if FDC Philadelphia does not make Mr. Samsel available for a conference with his attorneys within the time frame stated above, a representative from the facility, and/or the Bureau of Prisons or the United States Marshals Service, shall appear at a status conference on Wednesday, June 22, 2022, at 10:00 AM, via telephone, to show cause as to why the facility was unable to comply with this Order.

**SO ORDERED**.

Date:    June 17, 2022

_____
JIA M. COBB
United States District Judge