# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SAMSEL, RYAN STEPHEN | | | | Reg #: | |
| Date of Birth: | 09/03/ | Sex: | M | Race: WHITE | Facility: | PHL |
| Note Date: | 06/29/2022 13:59 | Provider: | Laughingwell, Raeph | | Unit: | Z01 |

Cosign Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE    **1**      Provider:   Laughingwell, Raeph (MAT) MD

    Preliminary communication for Vascular Surgery consultation performed on 6/28/2022 received and reviewed today.  Await final consultation report.
    Requests made by consultant:  CXR, Mammogram, and Ultrasound of left breast.  Follow up with General Surgery in about 4 weeks, after completion of requested imaging.

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | | Routine |

   Specific reason(s) for request (Complaints and findings):
     Bilateral Subclavian Venous Obstruction

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | | | Routine | No | |

   Subtype:
     Offsite Radiology Exam
   Reason for Request:
     Please perform Bilateral Screening Mammogram

| Radiology | | | Routine | No | |
|---|---|---|---|---|---|

   Subtype:
     Offsite Radiology Exam
   Reason for Request:
     Please perform Ultrasound of left breast, complete.

| General Surgery | | | Routine | No | |
|---|---|---|---|---|---|

   Subtype:
     Offsite Appt
   Reason for Request:
     Follow up visit.  Last seen on 6/28/2022.  Please schedule with Dr. Melissa Lazar.
     Schedule this appointment after completion of requested imaging.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Laughingwell, Raeph (MAT) MD on 06/29/2022 14:12

Samsel, Ryan # 28332-509

Get:
- Chest XR
- B/L mammogram
- L breast US

F/u w/ Dr. Lazar

To make an appt w/ Dr Lazar: ▮▮▮▮▮▮

Follow up here w/ Dr. Abai again AFTER Seeing Dr. Lazar

**After Visit Summary**
for
**Ryan Samsel**
Date of Birth: 9/3/███████

Your visit provider today was: Babak Abai, MD

Your primary care provider is: No Pcp

## Thank you for choosing Jefferson Health!
Caring for you during your stay has been a privilege! We take your trust in Jefferson very seriously. Every person who meets you recognizes it as our responsibility to you as our patient.

## Patient Experience Survey
No one knows better than you about your experience here as our patient. Your opinions matter to us. We listen very carefully to our patients' views to have a positive impact on how we deliver care. Please take a few minutes once you get home to help us to better understand *YOUR* patient experience. You may receive a survey form in the mail which provides you with the opportunity to tell us what we did well and where we need improvement. Your feedback is very important in our pursuit of service excellence.

Today your visit was with: Jefferson Vascular Center - Center City. For questions regarding your visit please call: Phone: ███████

If you have non-medically related questions or concerns, please call the Office of Patient and Family Services at

Center City Jefferson Office of Patient and Family Experience at (215) 955-7777
or
Methodist Hospital Patient Relations/Services at (215) 952-9987
or
Jefferson New Jersey Patient and Family Experience at (609) 744-2055
or
Abington Lansdale Office of Patient Experience/Advocacy (215) 361-4861
or
Abington Memorial Office of Patient Experience/Advocacy (215) 481-2499
or
Jefferson Health Northeast Patient Relations (215) 612-4669

## Jefferson Health MyChart
Our records indicate that your Jefferson Health MyChart account has been deactivated. If you would like to reactivate your account, please e-mail **MyChart@Jefferson.edu** or call our MyJeffersonHealth help line at **215-503-5700**.

*This document contains sensitive information and should be kept in a safe place*

# AFTER VISIT SUMMARY  Jefferson Health

**Ryan Samsel**  DoB: 9/3/▮  📅 6/28/2022 10:00 AM  📍 Jefferson Vascular Center - Center City 215-955-8304
Fax: 215-503-4983

**Instructions from Babak Abai, MD**
Ryan will obtain a chest XR, bilateral mammogram, and L breast US and then see Dr. Melissa Lazar. Following his appointment with Dr. Lazar he will follow up with Dr. Abai.

To make an appointment with Dr. Lazar call: ▮

### Referrals made today
X-ray chest 2 views, frontal and lateral

To schedule imaging services at any of our Jefferson Health locations - Please call 215-481-EXAM (3926)

For Jefferson Outpatient Imaging - Please call 215-503-4900
PA: Center City, Navy Yard, Collegeville, East Norriton, Malvern & Northeast
NJ: Washington Township & Marlton

Bl mammogram screening digital bilateral
Imaging and Radiology Appointment Requests

To schedule imaging services at any of our Jefferson Health locations - Please call 215-481-EXAM (3926)

For Jefferson Outpatient Imaging - Please call 215-503-4900
PA: Center City, Navy Yard, Collegeville, East Norriton, Malvern & Northeast
NJ: Washington Township & Marlton

Bl ultrasound breast complete left
Imaging and Radiology Appointment Requests

To schedule imaging services at any of our Jefferson Health locations - Please call 215-481-EXAM (3926)

For Jefferson Outpatient Imaging - Please call 215-503-4900
PA: Center City, Navy Yard, Collegeville, East Norriton, Malvern & Northeast
NJ: Washington Township & Marlton

### Return in about 4 weeks
▮ or Obtain chest XR, mammogram and breast US. F/u w Dr. Melissa Lazar before returning to Dr. Abai.

### Outpatient Care Team
No Pcp            PCP - General
190 NORTH INDEPENDENCE MALL WEST SUITE 701 PHILADELPHIA
Pennsylvania 19106 Philadelphia PA 19102

### Today's Visit
You saw Babak Abai, MD on Tuesday June 28, 2022. The following issues were addressed:
- Screening mammogram for breast cancer

Blood Pressure: 122/76
BMI: 28.98
Weight: 185 lb
Height: 5' 7"
Pulse: 74
Oxygen Saturation: 99%

### MyJeffersonHealth MyChart
Our records indicate that your Jefferson Health MyChart account has been deactivated. If you would like to reactivate your account, please e-mail **MyChart@Jefferson.edu** or call our MyJeffersonHealth help line at **215-503-5700**.

## Allergies
- Not on File

## Jefferson Health Community Resource
Do you need food, medical care, housing, transportation or other services?  Check out our searchable database - **CommunityResource.JeffersonHealth.org** - for free and low-cost services close to you.

## Changes to Your Medication List  as of June 28, 2022 12:47 PM
You have not been prescribed any medications.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SAMSEL, RYAN STEPHEN | | | Reg #: | |
| Date of Birth: | 09/03/ | Sex: | M | Race: | WHITE |
| Scanned Date: | 06/29/2022 09:09 EST | | | Facility: | PHL |

**Cosigned with New Encounter Note by Laughingwell, Raeph (MAT) MD on 06/29/2022 13:59.**