| | |
|---|---|
| **From:** | Rochlin, Karen (USADC) |
| **To:** | stanley@brandwoodwardlaw.com |
| **Subject:** | RE: [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order |
| **Date:** | Tuesday, June 28, 2022 11:45:29 AM |

Stanley,

I just spoke with counsel at Lewisburg; at this point, she is not going to make Dr. Edinger available. For the moment, my best advice is to keep faxing.

**From:** stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>
**Sent:** Tuesday, June 28, 2022 11:28 AM
**To:** Rochlin, Karen (USADC) <KRochlin@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order

Karen – I just got off the phone with the folks at Jefferson where Ryan is now. They have literally zero medical records for Ryan and would like them. I'm faxing them what I have, but they'd like to speak to Dr. Etinger or other medical personnel at Lewisburg. Do you have contact information for the medical folks there that you can pass along? The phone number for the nurse I'm speaking with is ███████████. I think her name is ██████ but I didn't think to write it down.

Thanks,

Stanley

**From:** Rochlin, Karen (USADC) <Karen.Rochlin@usdoj.gov>
**Sent:** Thursday, June 23, 2022 10:24 AM
**To:** stanley@brandwoodwardlaw.com
**Subject:** RE: [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order

Hi Stanley,

For what it's worth, I've been following up on your request also. If I'm going to provide any information, I need input from both stakeholders. I followed up yesterday on the inquiry I made on June 21 (the date you requested further information). Once I have the input I need, I'll get back to you.

**From:** stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>
**Sent:** Thursday, June 23, 2022 10:03 AM
**To:** Rochlin, Karen (USADC) <KRochlin@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order

Karen – just following up on the below. Thanks

**From:** Stanley Woodward <stanley@brandwoodwardlaw.com>

**Sent:** Tuesday, June 21, 2022 12:16 PM
**To:** Rochlin, Karen (USADC) <Karen.Rochlin@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order

Understood. His decision will depend on your answer, which we look forward to.

Thanks,

Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com
+1.202.996.7447 (o)
+1.202.302.7049 (m)
+1.202.996.0113 (f)

> On Jun 21, 2022, at 12:11 PM, Rochlin, Karen (USADC) <Karen.Rochlin@usdoj.gov> wrote:
>
> Stanley,
>
> Does this mean that your client has decided not to refuse the consultation?
>
> I can appreciate and understand the interest in when the appointment will occur, but I don't believe whether to make any disclosure is my call to make. I don't mind asking, but if either the USMS or BOP object to any disclosure, I will honor that decision.
>
> Regards,
>
> Karen
>
> **From:** stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>
> **Sent:** Tuesday, June 21, 2022 11:54 AM
> **To:** Rochlin, Karen (USADC) <KRochlin@usa.doj.gov>
> **Subject:** [EXTERNAL] RE: USA v. Samsel, 21cr537: Show Cause Order
>
> Karen – can you tell us anything about the timing of the consult that you arranged with a vascular expert? I'm not asking about a day/time, I appreciate the government's security concerns, but wondering if you can say whether this is something that's expected to occur in the next few days, the next few months or something in

between?

Thanks,

Stanley

---

**From:** Rochlin, Karen (USADC) <Karen.Rochlin@usdoj.gov>
**Sent:** Tuesday, June 21, 2022 11:44 AM
**To:** Cobb Chambers <Cobb_Chambers@dcd.uscourts.gov>; stanley@brandwoodwardlaw.com; Juli Haller <hallerjulia@outlook.com>
**Cc:** Gwendolyn Franklin <██████████████████████> Samantha Calloway <██████████████████████>
**Subject:** RE: USA v. Samsel, 21cr537: Show Cause Order

Dear Chambers,

Efforts to arrange for the call began on Friday, June 17. The call was arranged for today. I have just received a message that defendant Samsel has twice refused to leave his cell to participate in the call. His Unit Manager is going to make a third attempt to have Samsel join the call with his counsel, and I am waiting for the next update.

Regards,

Karen Rochlin, AUSA
Detailed to the U.S. Attorney's Office
for the District of Columbia
(786) 972-9045

---

**From:** Cobb Chambers <Cobb_Chambers@dcd.uscourts.gov>
**Sent:** Tuesday, June 21, 2022 11:40 AM
**To:** stanley@brandwoodwardlaw.com; Juli Haller <hallerjulia@outlook.com>; Rochlin, Karen (USADC) <KRochlin@usa.doj.gov>
**Cc:** Gwendolyn Franklin <██████████████████████> Samantha Calloway <██████████████████████>
**Subject:** USA v. Samsel, 21cr537: Show Cause Order

Dear all,

Judge Cobb would like to know whether Mr. Samsel has been able to have a conference with his attorneys, as ordered in the Show Cause Order (ECF 178) issued on Friday, June 17, following the status conference earlier that day. If so, the Court plans to vacate tomorrow's status conference, currently scheduled for 10:00 AM via phone.

If the Parties could please provide an update to the Court as soon as possible, we would appreciate it.

Sincerely,

Chambers of Judge Jia M. Cobb
U.S. District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001
202-354-3560