IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 1:21-cr-00537 |
| | ) |
| RYAN SAMSEL, | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

Defendant Ryan Samsel, by and through the undersigned counsel, and pursuant to the Court's July 28, 2022, Order hereby submits the foregoing Status Report. As of the time of filing, Mr. Samsel has yet to be transferred from FDC Philadelphia and to defense counsel's knowledge, Mr. Samsel has not received any follow up medical care as requested by the vascular surgeon who evaluated Mr. Samsel.

[SIGNATURE ON NEXT PAGE]

Dated: August 11, 2022  Respectfully submitted,

  /s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, | ) ) ) |
| v. | ) Case No. 1:21-cr-00537-JMC ) ) |
| **RYAN SAMSEL**, | ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

On August 11, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

               */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*