**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**RYAN SAMSEL, et al.,**<br><br>    **Defendants.** | Case No. 1:21-cr-00537-JMC |

**GOVERNMENT'S RESPONSE TO MINUTE ORDER**
**OF AUGUST 16, 2022 REGARDING STATUS REPORT**
**BY DEFENDANT RYAN SAMSEL**

The United States of America respectfully provides the response below pursuant to this Court's August 16, 2022 Minute Order, which directs the United States to address defendant Samsel's most recent status report, ECF 188.

1. On June 28, 2022, the defendant was taken for a medical evaluation as a result of an earlier order from this Court, ECF 159. The evaluation resulted in a decision to arrange for additional scans, consisting of a chest x-ray, mammogram, and ultrasound, before another follow-up which the examining physician sought at a date "in approximately four weeks."

2. On July 21, 2022, the defendant refused to undergo the chest x-ray.

3. On August 2, 2022, the defendant received a mammogram and ultrasound.  There were no suspicious findings seen.

4. On August 8, 2022, the defendant was examined by an Assistant Professor of Surgery, who discussed with defendant Samsel that there were no suspicious findings seen on his recent imaging.  An additional procedure was recommended, which has been scheduled.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    *s/Karen Rochlin*
        Karen Rochlin
        Assistant United States Attorney Detailee
        DC Bar No. 394447
        99 N.E. 4th Street
        Miami, Florida 33132
        (786) 972-9045
        Karen.Rochlin@usdoj.gov