IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) ) ) |
| **RYAN SAMSEL,** | ) ) ) |
| Defendant. | ) ) |

Criminal No. 1:21-cr-00537-JMC

**[PROPOSED] ORDER**

Upon consideration of Defendant Ryan Samsel's Motion, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**


_____
The Honorable Jia M. Cobb
United States District Court Judge