# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SAMSEL, RYAN STEPHEN | | | | Reg #: | 28332-509 |
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | PHL |
| Note Date: | 06/29/2022 13:59 | Provider: | Laughingwell, Raeph | | Unit: | Z01 |

Cosign Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE  **1**      Provider:  Laughingwell, Raeph (MAT) MD

      Preliminary communication for Vascular Surgery consultation performed on 6/28/2022 received and reviewed today.  Await final consultation report.
      Requests made by consultant:  CXR, Mammogram, and Ultrasound of left breast.  Follow up with General Surgery in about 4 weeks, after completion of requested imaging.

**New Radiology Request Orders:**

| **Details** | **Frequency** | **End Date** | **Due Date** | **Priority** |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 06/30/2022 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
|    Bilateral Subclavian Venous Obstruction | | | | |

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Radiology | 07/06/2022 | 07/06/2022 | Routine | No | |
|   Subtype: | | | | | |
|     Offsite Radiology Exam | | | | | |
|   Reason for Request: | | | | | |
|     Please perform Bilateral Screening Mammogram | | | | | |
| Radiology | 07/06/2022 | 07/06/2022 | Routine | No | |
|   Subtype: | | | | | |
|     Offsite Radiology Exam | | | | | |
|   Reason for Request: | | | | | |
|     Please perform Ultrasound of left breast, complete. | | | | | |
| General Surgery | 07/26/2022 | 07/26/2022 | Routine | No | |
|   Subtype: | | | | | |
|     Offsite Appt | | | | | |
|   Reason for Request: | | | | | |
|     Follow up visit.  Last seen on 6/28/2022.  Please schedule with Dr. Melissa Lazar.  Schedule this appointment after completion of requested imaging. | | | | | |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Laughingwell, Raeph (MAT) MD on 06/29/2022 14:12

**Jefferson Health.**

Thomas Jefferson University Hospitals, Inc.
111 South 11th Street
Gibbon/Suite 1950
PHILADELPHIA PA 19107

Samsel, Ryan
Sex: M
Visit date: 6/28/2022

**06/28/2022 - Office Visit in Jefferson Vascular Center - Center City (continued)**

Progress Notes (continued)

Studies-
I reviewed some studies on paper that seem to indicate venous obstruction of left upper extremity outflow.

Assessment/Plan

Assessment/Plan

1. Nipple discharge in male (Primary)
2. Visit for screening mammogram
    - X-ray chest 2 views, frontal and lateral; Future; Expected date: 06/28/2022
    - BI mammogram screening digital bilateral; Future; Expected date: 06/28/2022
    - BI ultrasound breast complete left; Future; Expected date: 06/28/2022
3. Venous thoracic outlet syndrome of left subclavian vein

I feel that he needs to see Dr. Melissa Lazar for the nipple discharge. I have sent him to be evaluated. Once she assesses her breat situation, we can address the chronic left upper extremity venous throacic outlet syndrome.

I spent 60 minutes in direct patient contact or coordination of care. Of this time, greater than 50% was spent counseling and coordinating care.

Return in about 4 weeks (around 7/26/2022) for Obtain chest XR, mammogram and breast US. F/u w Dr. Melissa Lazar before returning to Dr. Abai.

Please do not hesitate to get in touch with me if you have any questions. Cell Phone Number:

Babak Abai, MD, FACS, RVT
Associate Professor of Surgery
Director, Vascular Surgery Fellowship Program
Sidney Kimmel Medical College of Thomas Jefferson University

Electronically signed by Babak Abai, MD at 7/5/2022 11:19 PM

**END OF REPORT**