# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SAMSEL, RYAN STEPHEN | | Reg #: | 28332-509 |
| Date of Birth: | | Sex: M  Race: WHITE | Facility: | PHL |
| Note Date: | 09/01/2022 09:14 | Provider: Cassano, Kevin HSA | Unit: | Z01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Cassano, Kevin HSA

Patient was scheduled for a bilateral breast excisional biopsy to be followed by a post-surgical follow-up with Dr. M. Lazar.

Patient refused Pre-admission lab testing (PAT) on August 19, 2022, and acknowledged that refusing labs may result in the cancellation of surgery.

The surgery was cancelled by the outside provider as a result of refusal to get the required PATs.

This writer contacted the office of Dr. M. Lazar to ask if she still wanted to see this patient for a follow-up appointment. The office responded that Dr. Lazar was consulted and confirmed that no further follow-up appointment is needed. Patient is discharged from the care of Dr. Lazar.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cassano, Kevin HSA on 09/01/2022 09:25
Requested to be reviewed by Laughingwell, Raeph (MAT) MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SAMSEL, RYAN STEPHEN | | | | Reg #: | 28332-509 |
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | PHL |
| Note Date: | 08/12/2022 13:10 | Provider: | Laughingwell, Raeph | | Unit: | Z01 |

Cosign Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**         Provider:   Laughingwell, Raeph (MAT) MD

      Report from Breast Surgery consultation performed 8/8/2022 received and reviewed today.  Diagnosis: Bilateral Breast Masses with nipple discharge.  No suspicion for malignancy at this time.  Recommendation: Bilateral Breast Excisional Biopsy of retroareolar region.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Specialty Procedure - Offsite | 08/24/2022 | 08/24/2022 | Routine | No | |

   Subtype:
      Specialty Procedure - Offsite
   Reason for Request:
      Please schedule Bilateral Breast Excisional Biopsy with Breast Surgeon.  Last seen by Breast Surgeon on 8/8/2022.
   Provisional Diagnosis:
      Bilateral Breast Masses and Nipple Discharge

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Laughingwell, Raeph (MAT) MD on 08/12/2022 13:14

| BP-S358.060<br>SEP 05 | **MEDICAL TREATMENT REFUSAL** | CDFRM |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

8-19-2022<br>
Date

I, RYAN SAMSEL                       28332-509     , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

Bilateral Breast Masses with nipple discharge.

Screening for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The following treatment(s) was/were recommended:

Preoperative lab tests, CBC, CMP, as requested by Breast Surgeon.

Blood tests to check for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Possibility of cancelation or postponement of scheduled surgery.

Undiagnosed infection, deterioration of health, possible death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

| LAUGHINGWELL, RAEPH    8-19-2022 | _INMATE REFUSED TO SIGN_ |
|---|---|
| Counseled by                    Date | Patient's Signature                    Date |

_Juan tia Rivio_  8/19/22
Signature of Witness            Date

PHL--PHILADELPHIA FDC