```
 PHLIF              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *            09-02-2022
PAGE 001 OF 001                                                                 11:47:55
           FUNCTION: L-P  SCOPE: REG   EQ 28332-509      OUTPUT FORMAT: FULL
      -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _
RCV  OFC : EQ ____  ____  ____  ____  ____  ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___ ___ ___ ___ ___ ___
         TYPE: ___ ___ ___ ___ ___ ___
EVNT FACL: EQ ____ ____ ____ ____ ____ ____
RCV FACL.: EQ ____ ____ ____ ____ ____ ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____ ____ ____ ____ ____ ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```