# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-3034**                  **September Term, 2022**

**1:21-cr-00537-JMC-1**

**Filed On: September 20, 2022** [1965013]

United States of America,

    Appellee

  v.

Ryan Samsel,

    Appellant

### M A N D A T E

In accordance with the judgment of July 22, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:   /s/
                          Daniel J. Reidy
                          Deputy Clerk

Link to the judgment filed July 22, 2022