UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**RYAN SAMSEL, et al.,**<br><br>    Defendants. | Case No. 1:21-cr-00537-JMC |

## GOVERNMENT'S RESPONSE STATUS REPORT REGARDING DEFENDANT RYAN SAMSEL

The United States of America respectfully reports that according to the Bureau of Prisons' online Inmate Locator, defendant Ryan Samsel has been transferred from the Federal Detention Center in Philadelphia, Pennsylvania to the Bureau of Prisons facility in Lewisburg, Pennsylvania.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   *s/Karen Rochlin*
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov