IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) **Criminal No. 1:21-cr-000537-JMC** |
| v. | ) |
| | ) |
| **RYAN SAMSEL,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

**AND NOW**, this _____ day of _____, 202_, upon Consideration of Defendant Ryan Samsel's Motion to Dismiss in Part, Count Ten, and Joined by Defendant Samsel, any opposition thereto, and the Reply, and after argument, for all of the foregoing reasons stated therein, the Court hereby Grants Defendant Samsel's Motion to Dismiss in Part, Count Ten; and for all of the reasons set forth in ECF 204 filed by Defendant Randolph, joined by Defendant Samsel, and any opposition thereto, and the Reply and after argument, Count One shall also be dismissed.

_____
The Hon. District Judge Jia M. Cobb
United States District Court Judge

*Copies to all Counsel via ECF*