**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-537-JMC** |
| | **:** | |
| **RYAN SAMSEL, et al.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby submits notice that

Assistant United States Attorney Christopher Brunwin is entering his appearance on behalf of the

United States.

Dated: November 14, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ *Christopher Brunwin*
CHRISTOPHER BRUNWIN
California Bar No. 158939
Assistant United States Attorney - Detailee
United States Attorney's Office
Central District of California
312 N. Spring Street
Los Angeles, California 90012
(213)894-4242
christopher.brunwin@usdoj.gov