## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 21-cr-537-JMC** |
| **v.** : | |
| : | |
| **RYAN SAMSEL,** : | |
| **JASON BLYTHE,** : | |
| **JAMES GRANT,** : | |
| **PAUL JOHNSON, and** : | |
| **STEPHEN RANDOLPH** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Kyle Mirabelli is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: December 21, 2022        MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Kyle R. Mirabelli*
KYLE R. MIRABELLI
NY Bar No. 5663166
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20001
(202) 252-7884
kyle.mirabelli@usdoj.gov