IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) Criminal No. 1:21-cr-00537-JMC ) ) |
| RYAN SAMSEL, | ) ) |
| Defendant. | ) ) ) |

## MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL

COMES NOW Attorney Julia Haller, co-counsel for Defendant Ryan Samsel, to respectfully move this Honorable Court for the entry of an Order granting leave to withdraw as co-counsel in 21-CR-537-JMC. As grounds, the following is stated:

1. Stanley Woodward, moved to Substitute as Counsel for Mr. Ryan Samsel or about August 12, 2021. (ECF 42)

2. On August 12, 2021, undersigned counsel entered her appearance as Co-Counsel with Mr. Woodward on behalf of Ryan Samsel. (ECF 43).

3. Currently, the Pretrial Conference is set for 10/10/2023 at 9:30 AM before Judge Jia M. Cobb.

4. Jury Trial is set for 10/23/2023 at 9:30 AM before Judge Jia M. Cobb.

5. At this time, Mr. Samsel's status hearing date set for March 30, 2023 has been vacated and is being rescheduled.

6. Undersigned counsel is joining a law group as an employee, and needs to close her practice. Undersigned counsel will not be able to maintain both her new

1

employment and her current law practice.

7. Mr. Samsel was informed of undersigned counsel's need to withdraw and wishes to remain represented by Mr. Woodward.

8. Therefore, there is no undue prejudice to Mr. Samsel, and it is therefore respectfully requested that the Court grant Undersigned Counsel's Motion to withdraw.

Dated: March 30, 2023								Respectfully submitted,

                /s/ Juli Z. Haller
Juli Z. Haller, (DC 466921)
THE LAW OFFICES OF JULIA HALLER
601 Pennsylvania Avenue, N.W.,
S. Building, Suite 900
Washington, DC  20004
202-729-2201 (telephone)
HallerJulia@outlook.com

*Co-Counsel for Defendant Ryan Samsel*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) Criminal No. 1:21-cr-00537-JMC |
| v. | ) |
| | ) |
| **RYAN SAMSEL,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### Certificate of Electronic Service

I hereby certify that on March 30, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                                 */s/ Juli Z. Haller*
                                        Juli Z. Haller, (DC 466921)
                                        THE LAW OFFICES OF JULIA HALLER
                                        601 Pennsylvania Avenue, N.W.,
                                        S. Building, Suite 900
                                        Washington, DC  20004
                                        202-729-2201 (telephone)
                                        HallerJulia@outlook.com

                                        *Co-Counsel for Defendant Ryan Samsel*