## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-CR-00537-JMC** |
| | ) | |
| **RYAN SAMSEL** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Ryan Samsel


Dated: June 29, 2023                    Respectfully Submitted,

                                        /s/ William L. Shipley_____
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com

                                        *Attorney for Defendant*