IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | Criminal No. 21-cr-00537-JMC |
| v. ) | |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Ryan Samsel, by and through undersigned counsel, and further to the colloquy held at the Court's September 22, 2023, hearing on Mr. Samsel's August 27, 2023, Renewed Motion for Temporary Release (ECF No. 264), hereby submits the enclosed medical records, attached hereto as Exhibit A (filed under seal).

Dated: September 22, 2023              Respectfully submitted,

                                                   */s/ Stanley E. Woodward, Jr.*
                                       Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                       BRAND WOODWARD LAW, LP
                                       400 Fifth Street, Northwest, Suite 350
                                       Washington, DC  20001
                                       202-996-7447 (telephone)
                                       202-996-0113 (facsimile)
                                       Stanley@BrandWoodwardLaw.com

                                       *Counsel for Defendant Ryan Samsel*

**CERTIFICATE OF SERVICE**

On September 22, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed via the CM/ECF system, which will automatically serve a copy upon all parties of record.

                                                     */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 250
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*