

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*601 D Street., N.W.*
*Washington, D.C.  20530*

February 1, 2023

**BY EMAIL and USAFX**

Stanley Edmund Woodward, Jr.
Brand Woodward Law
1808 Park Road NW
Washington, D.C. 20010
E-mail: stanley@brandwoodwardlaw.com
*Counsel for Ryan Samsel*

Juli Zsuzsa Haller
Law Offices of Julia Haller
601 Pennsylvania Ave., NW, Suite 900
S. Building
Washington, D.C. 200036
E-mail: hallerjulia@outlook.com
*Counsel for Ryan Samsel*

Peter Cooper
Peter Cooper Law
400 Fifth Street NW, Suite 350
Washington, D.C. 20001
E-mail: pcooper@petercooperlaw.com
*Counsel for James Tate Grant*

Lauren Rosen
Office of the Federal Public Defender
Eastern District of Virginia, Alexandria Division
1650 King Street, Suite 500
Alexandria, VA 22314
Email: lauren_rosen@fd.org
*Counsel for Paul Russell Johnson*

Todd M. Richman
Office of the Federal Public Defender
Eastern District of Virginia, Alexandria Division
1650 King Street # 500
Alexandria, VA 22314
Email: todd_richman@fd.org
*Counsel for Paul Russell Johnson*

Angie Halim
3580 Indian Queen Lane
Philadelphia, PA 19129
E-mail: angiehalim@gmail.com
*Counsel for Stephen Chase Randolph*

Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
E-mail: sbrennwald@bcrlawfirm.com
*Counsel for Jason Benjamin Blythe*

        Re: *United States v. Ryan Samsel, et al.*,
           Case No. 21-cr-537 (JMC)

Dear Counsel:

  As preliminary discovery in this case, the materials listed in Appendix A have been uploaded to USAFx[1] for you to download. **This material is subject to the terms of the Protective Order issued in this case.**

  The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

  Additionally, Appendix B lists additional U.S. Capitol closed-caption video and Metropolitan Police Department body-worn camera footage that appears relevant to this case. These materials are accessible on Evidence.com.

  We recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes

---

[1] Please note that USAFx is not a permanent storage system and does not retain documents or files indefinitely.  Please download these materials as soon as possible to avoid delay resulting from having to re-upload files.

2

to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendants disclose prior statements of any witnesses that defendants intend to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendants with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendants provide the government with the appropriate written notice if defendants plan to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.

Sincerely,

Joseph "Hutton" Marshall
Assistant U.S. Attorney

## Appendix A

| File Name | Description | Sensitivity |
|---|---|---|
| 100000640292631.pdf | Facebook SW return excerpt | Sensitive |
| Never-before-seen January 6 footage from our photographer | Open-source video | |
| OSHA 301.pdf | Officer OSHA form | Highly sensitive |

**Appendix B**

1. <u>Capitol CCV</u>
    a. All defendants
        i. CCV 3187 – approx. 12:40-13:00 p.m. EST
        ii. CCV 3188 – approx. 12:20-13:00 p.m. EST
    b. Defendant Ryan Samsel[2]
        i. CCV 0944 – approx. 12:54-12:56 p.m. EST; 13:03-14:06 p.m. EST
        ii. CCV 0945 – approx. 12:40-12:44; 13:30-14:06 p.m. EST
        iii. CCV 0946 – approx. 12:40-12:44 p.m. EST
    c. Defendant James Grant
        i. CCV 0102 – approx. 14:49-14:52; 15:16-15:20 p.m. EST
2. <u>Metropolitan Police Department body-worn camera footage</u>
    a. Defendant Ryan Samsel
        i. Officer Travis Coley – approx. 13:33-14:06 p.m. EST
        ii. Officer Noah Rathbun – approx. 13:56-13:59 p.m. EST
        iii. Officer Edward Smith – approx. 13:56-13:59 p.m. EST
        iv. Officer Arthur Brown – approx. 13:56-13:59 p.m. EST
        v. Captain David Augustine – approx. 13:56-13:59 p.m. EST
        vi. Officer Louis Laurore – approx. 13:10-13:17; 13:30-40; 13:56-13:59 p.m. EST

---

[2] We have listed specific defendants identified to date in the videos listed in Appendix B, but we have not affirmatively concluded that no other defendant in this case appears in them.