# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**RYAN SAMSEL**, *et al.*,<br><br>Defendants. | Case No. 21-cr-537-1 (JMC) |

## ORDER

Considering Mr. Samsel's imminent trial on October 23, 2023 and his right to prepare his defense, it is hereby

**ORDERED** that the DC Department of Corrections provide Mr. Samsel with access to a laptop so that he may review the voluminous electronic discovery involved in this case.

**SO ORDERED**.

Date:   October 18, 2023

JIA M. COBB
United States District Judge