UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)  Criminal No. 1:21-cr-00538-JMC<br>RYAN SAMSEL, )<br>)<br>Defendant. )<br>) | |

### DEFENDANT RYAN SAMSEL'S NOTICE REGARDING
### EXHIBITS FORMALLY MOVED INTO EVIDENCE AT TRIAL

Defendant Ryan Samsel, by and through the undersigned counsel, hereby gives notice of the following item of evidence that was either inadvertently not moved into evidence when the exhibit was identified and/or published during trial, or that was admitted but the record failed to capture their admission:[1]

| Exhibit No. | Description |
|---|---|
| DS-01 | GE 311 Complete.mp4 |

The exhibit described above was moved into evidence during Defendant Samsel's cross-examination of Sargeant Tim Lively of the U.S. Capitol Police on October 25, 2023. The exhibit includes additional video preceding government's exhibit 311, which was moved into evidence pursuant to Rule 106 of the Federal Rules of Evidence, or the rule of completeness. The government was provided a copy of the edited exhibit through the shared USAFX system provided by the government. *See* Email from Stanley E. Woodward, Jr. to Alexandra Foster (Oct. 25, 2023) ("[Defense counsel] uploaded the exhibit we admitted today to USAFX. You'll

---

[1] *See* Notice, *United States v. Parker*, No. 21-cr-28 (D.D.C. March 13, 2023) (ECF No. 888) (government notice to the Court and defense counsel of exhibits the record failed to reflect had been admitted and further advising, "[t]he government would also like to consolidate the following exhibits, which were inadvertently admitted under two different exhibit numbers")

1

see that the first 10 minutes are blank – that's to make sure that the reference to the time stamps in the record remain accurate / consistent.") (Attached hereto as Exhibit A).  Defense counsel received no response to this email.

    Wherefore, Mr. Samsel respectfully requests that the record reflect the admission of the above-referenced exhibit during the government's case at trial.

Dated: November 1, 2023	Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant Ryan Samsel*

## **CERTIFICATE OF SERVICE**

On November 1, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*Counsel for Defendant Ryan Samsel*