UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00537-JMC |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**MOTION TO WITHDRAW APPEARANCE**

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Defendant Samsel requested for undersigned to withdraw his appearance prior to trial.

2. Co-counsel Stanley Woodward shall continue to serve as counsel on behalf of Defendant Samsel.

Dated: March 8, 2024                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com