**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:21-cr-00537-JMC** |
| **v.** ) | |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant Ryan Samsel's Motion, it is this ___ day of _____,

2022, hereby:

**ORDERED** that the Motion is **GRANTED.**


**SO ORDERED.**


_____
The Honorable Jia M. Cobb
United States District Court Judge