# EXHIBIT A

| | |
|---|---|
| **From:** | Crystal Lustig |
| **To:** | Jessica Reichler; Stanley Woodward |
| **Subject:** | RE: Ryan Samsel PSI Interview |
| **Date:** | Friday, August 16, 2024 9:01:03 AM |

Good morning, Mr. Woodward,

I checked the docket this morning and see that you have not filed a continuance request. Please do so immediately, as the draft report was due for disclosure on 8/15.

Please contact me with any questions.

*Crystal S. Lustig*
Supervisory US Probation Officer
333 Constitution Avenue, NW
Washington, DC 20001

Please send all large attachments to: dcpdb_psi_documents@dcp.uscourts.gov

---

**From:** Jessica Reichler
**Sent:** Wednesday, August 7, 2024 3:44 PM
**To:** Stanley Woodward <stanley@brandwoodwardlaw.com>
**Cc:** Crystal Lustig
**Subject:** RE: Ryan Samsel PSI Interview

I see the draft PSR is due to Court on 8/15, so you will have to file for a continuance for him to be interviewed the week on 8/26 and the sentencing will have to be continued to give ample time for objections and the completion of the final PSR.

---

**From:** Stanley Woodward <stanley@brandwoodwardlaw.com>
**Sent:** Wednesday, August 7, 2024 3:39 PM
**To:** Jessica Reichler
**Subject:** Re: Ryan Samsel PSI Interview

**CAUTION - EXTERNAL:**

Jessica, I'm on vacation and unavailable 8/13 and 8/15. I'm flexible the week of 8/26.

Out of an abundance of caution, let me be clear that I do not want Mr. Samsel to participate in a PSI interview without the presence of his counsel.

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com
+1.202.996.7447 (o)
+1.202.302.7049 (m)
+1.202.996.0113 (f)

> On Aug 7, 2024, at 3:22 PM, Jessica Reichler <span style="background-color:black">▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉</span> wrote:
>
> Good Afternoon Stanley,
>
> The US Probation Office was able to get a hold of the defendant's case manager and the interview with Mr. Samsel will be coordinated through Mr. Singh – he advised that it will be by telephone. He indicated his schedule is 7am-3pm and it would be best to conduct the interview prior to when legal calls/visits begin at 10am. I am available for the PSI interview on 8/13 or 8/15 at 9:00am. If I don't hear from you, I am going to schedule the PSI with Mr. Singh and will advise you of the date and time.
>
> Thank you,
>
> ---
>
> **From:** Stanley Woodward <stanley@brandwoodwardlaw.com>
> **Sent:** Friday, July 26, 2024 4:03 PM
> **To:** Jessica Reichler ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
> **Cc:** Crystal Lustig ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
> **Subject:** Re: Ryan Samsel PSI Interview
>
> <mark>**CAUTION - EXTERNAL:**</mark>
>
> Jessica - to be clear, he's not refusing to be interviewed. My understanding is the only way to interview him is to schedule a call through me. I've been unable to do that so I'm at a loss for what exactly you're asking me to do.
>
> Thanks,
>
> Stanley

Sent from my iPhone

**Brand | Woodward**
www.brandwoodwardlaw.com
+1.202.996.7447 (o)
+1.202.302.7049 (m)
+1.202.996.0113 (f)

> On Jul 26, 2024, at 3:55 PM, Jessica Reichler ███████████ wrote:
>
> Good afternoon Stanley,
>
> I just got off the phone with Judge Cobb's chambers. Her law clerk indicated that Mr. Samsel is refusing to be interviewed. Judge Cobb would like me to make a last attempt to get him interviewed. Please indicate if he is adamant on not being interviewed at this time. The law clerk further indicated I should complete the PSR absent the information he would have provided during the interview and submit it to the Court if he remains unwilling to be interviewed. Please advise.
>
> Thank you,
>
> Jessica
>
> **From:** Stanley Woodward <stanley@brandwoodwardlaw.com>
> **Sent:** Monday, July 22, 2024 10:12 AM
> **To:** Jessica Reichler ███████████
> **Subject:** Re: Ryan Samsel PSI Interview
>
> **CAUTION - EXTERNAL:**

Good morning Jessica - the parties have agreed to a continuance of sentencing given the pendency of a return of the mandate and Fischer. I suspect we'll have a new date soon.

Thanks,

Stanley

Sent from my iPhone


**Brand | Woodward**
www.brandwoodwardlaw.com
+1.202.996.7447 (o)
+1.202.302.7049 (m)
+1.202.996.0113 (f)


> On Jul 22, 2024, at 9:57 AM, Jessica Reichler <██████████████████> wrote:
>
> Good morning,
>
> Given Mr. Samsel needs to be interviewed as soon as possible, please attempt to facilitate a meeting with Mr. Samsel this week. I am available tomorrow, 7/23, the morning of 7/24, and all day on 7/25. Otherwise, please petition the Court suggesting intervention given your client has not been interviewed.
>
> Thank you,
>
> **From:** stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>
> **Sent:** Monday, July 8, 2024 2:52 PM
> **To:** Jessica Reichler ██████████████████
> **Cc:** Crystal Lustig ██████████████████
> 'Rebecca Sock' ██████████████████

**Subject:** RE: Ryan Samsel PSI Interview

**CAUTION - EXTERNAL:**

No further plan for a continuance, but I have had significant difficulties communicating with Mr. Samsel. He is often not made available for legal visits. It may be that we need court intervention for him to be made available to you all.

---

**From:** Jessica Reichler
**Sent:** Monday, July 8, 2024 2:50 PM
**To:** stanley@brandwoodwardlaw.com
**Cc:** Crystal Lustig
**Subject:** FW: Ryan Samsel PSI Interview

Good afternoon,

I have not heard from you regarding Mr. Samsel's case and have made multiple attempts to schedule the PSI interview. Please indicate your earliest availability for the PSI interview or if you plan to file a continuance.

Thank you,

---

**From:** Jessica Reichler
**Sent:** Monday, June 24, 2024 3:48 PM
**To:** stanley@brandwoodwardlaw.com
**Subject:** Ryan Samsel PSI Interview

Good Afternoon Mr. Woodward,

Mr. Samsel is yet to be interviewed. Please advise if you are able to set up an interview with Mr. Samsel on 7/8 or 7/9 at 10:00am or 1:00pm.

Thank you,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening

attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.