IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00537-JMC |
| | : | |
| RYAN SAMSEL, | : | |
| JAMES TATE GRANT, and | : | |
| PAUL RUSSELL JOHNSON, | : | |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE SENTENCING MEMORANDA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline for which the United States and Defendants Ryan Samsel, Paul Russell Johnson, and James Tate Grant must submit their respective sentencing memoranda, from Sept. 5 to **Sept. 13, 2024**, given that the parties have not yet received the draft Presentence Investigation Report for Defendant Samsel or the final Presentence Investigation Reports for Defendants Johnson and Grant.

//

//

//

//

//

//

//

//

//

The United States further proposes that the Court require submission of any responses to sentencing memoranda by **Sept. 17, 2024**. Defendants Samsel, Johnson, and Grant, through counsel, do not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER, D.C. Bar No. 470096
KYLE R. MIRABELLI, N.Y. Bar No. 5663166
J. HUTTON MARSHALL, D.C. Bar No. 1721890
Detailees to the
Washington D.C. U.S. Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
(619) 546-6735
Alexandra.Foster@usdoj.gov